UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,                12 Cr. 876 (ALC)

        Plaintiff,                **ORDER**

        -against-

PAUL CEGLIA,

        Defendant,
-------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

    At the November 28, 2012 arraignment, the Government requested an exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 until March 6, 2013 to produce discovery and to allow Defendant to review discovery and file its motion to transfer venue.

    The Court finds that the interests of justice are served by such an exclusion to allow the Government to produce discovery and to allow Defendant to review discovery and file its motion to transfer venue, and that those interests outweigh the interests of the defendant and the public in a speedy trial.

    Accordingly, it is ORDERED: the time from November 28, 2012 through March 6, 2013 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
       November 28, 2012

                                          ANDREW L. CARTER, JR.
                                          UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11-28-12