

Docketed File



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: **12·3·12**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 30, 2012

**BY E-MAIL**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 725
New York, New York 10007



> Re: **United States v. Ceglia,**
> **12 Cr. 876 (ALC)**

Dear Judge Carter:

At the parties' initial appearance before the Court in the above-captioned matter on November 28, 2012, defense counsel voiced concern about the manner in which the original version of the contract (the "Contract") upon which the defendant has based his civil lawsuit would be handled in this action, assuming that it is produced to the Government by the defendant's civil attorney, Paul Argentieri, Esq., on Monday, December 3, 2012, pursuant to an outstanding Grand Jury subpoena. Your Honor directed the parties to meet and confer on this issue, and thereafter provide a joint status report to the Court by today's date. The Government respectfully does so now.

Today, counsel for the defendant provided the undersigned with a draft of a proposed discovery order that would govern the parties' handling of the Contract. At this time, the parties have not yet finalized the terms of any such agreement. The parties intend to resume their discussions next week.

However, as of the writing of this letter, the parties have agreed that, in the event Mr. Argentieri appears before the Grand Jury this coming Monday with the Contract, the Government will immediately notify defense counsel of that fact. Thereafter, counsel for the defendant – or an appointed individual from counsel's office – will accompany Mr. Argentieri and the Government's counsel of record in this matter with the Contract to the United States Attorney's Office, located at One St. Andrew's Plaza, New York, New York, where the Contract will be placed into a secure vault (the "Vault") for safekeeping. Thereafter, the Contract will remain in the Vault, and will not be removed, until such time as the Court has approved the parties' proposed protocol for the handling of the Contract or otherwise entered an order concerning the same.

Honorable Andrew L. Carter, Jr.
November 30, 2012
Page 2


      Thank you for your attention to this matter.


                Respectfully submitted,

                PREET BHARARA
                United States Attorney

By:    Christopher D. Frey
                Janis M. Echenberg / Christopher D. Frey
                Assistant United States Attorneys
                (212) 637-2597 / 2270


cc:    David Patton, Esq.
        *Counsel for Paul Ceglia*