# Federal Defenders
## OF NEW YORK, INC.

**MEMO ENDORSED**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*



RECEIVED
DEC 19 2012
ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE
S.D.N.Y.

December 19, 2012

So ordered,
[signature]
12/19/12

**VIA FAX**

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-19-12

Re:  **United States v. Paul Ceglia**
     **12 Cr. 876 (ALC)**

Dear Judge Carter:

   I write on behalf of my client, Paul Ceglia, to respectfully request that the Court modify the bail conditions imposed on October 31, 2012. The Government consents to this request.

   The following bail conditions were initially imposed by the Part I Judge, The Honorable Colleen McMahon:

   A $250,000 personal recognizance bond co-signed by one financially responsible person and the defendant's mother and father, surrender of travel documents with no new applications, the defendant's wife and children to surrender their passports, the posting of all of the defendant's parents' real estate and the defendant's property, access to the defendant's home and office computers, home incarceration, and travel restricted to a 15 mile radius of the defendant's home and the Southern District of New York for court appearances.

   Mr. Ceglia was released on November 9, 2012 and was in full compliance with the conditions of his release.

   On November 20, 2012, Judge McMahon modified Mr. Ceglia's conditions to include "home detention" in place of "home incarceration." Under home detention, Mr. Ceglia is allowed to leave his home for work and to attend family, religious, medical, educational, or legal obligations upon notification and permission from Pretrial Services. Mr. Ceglia continues to be monitored by Pretrial Services both electronically at home and via GPS outside of the home.

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

Mr. Ceglia now seeks the Court's permission to modify his bail conditions to spend Christmas Eve, December 24, 2012 from 5:00 p.m. to 9:00 p.m. and Christmas Day, December 25, 2012 from 10:00 a.m. to 8:00 p.m. at his parents' house located at 3041 Truax Road Wellsville, New York 14895.

Thank you for your consideration in this matter.

Respectfully submitted,

David E. Patton
Attorney for Paul Ceglia
Tel.: (212) 417-8738

**SO ORDERED:**

_____
**HONORABLE ANDREW L. CARTER, JR.**
United States District Judge

cc: Christopher D. Frey/Janis M. Echenberg, Assistant United States Attorneys
Pretrial Services, Western District of New York