# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

**MEMO ENDORSED**

January 9, 2012

**VIA FAX & ECF**

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Paul Ceglia**
    12 Cr. 876 (ALC)

Dear Judge Carter:

I write to request a one-week extension of time to file the motion for transfer of venue that was discussed at Mr. Ceglia's arraignment. The government consents to this request.

At the arraignment, the Court set a schedule for the venue motion as follows: the defendant's motion was due on January 9; the government's response was due on January 30; the defendant's reply was due on February 8; and the return date was set for March 6 at 10:00 a.m.

Because of the press of business, I respectfully request an additional week for the filing of the motion. If the Court grants the request, the parties propose extending the entire briefing scheduling by one week as follows: defendant's motion will be due January 16; the government's response will be due on February 6; and the defendant's reply will be due on February 13. We propose keeping the return date as set for March 6 at 10:00 a.m.

Thank you for your consideration in this matter.

Respectfully submitted,

David E. Patton
Attorney for Paul Ceglia
Tel.: (212) 417-8738

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-11-13

SO ORDERED:

HONORABLE ANDREW L. CARTER, JR.
United States District Judge  1-11-13

cc: Christopher D. Frey/Janis M. Echenberg, Assistant United States Attorneys