UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

UNITED STATES OF AMERICA       :

        -v.-                            :

PAUL CEGLIA,                   :       12 Cr. 876 (ALC)

Defendant.                     :

------------------------------------------------------x

### DECLARATION OF PAUL CEGLIA

      I, PAUL CEGLIA, hereby declare under the penalties of perjury, pursuant to 28 U.S.C. §1746 that:

      1.     I am the defendant in the above-captioned case, and I make this declaration in support of a motion pursuant to Rule 21(b) of the Federal Rules of Criminal Procedure for a transfer of venue to the Western District of New York.

      2.     I was born in Wellsville, New York in 1973 where I currently reside and where I have spent the vast majority of my life. I graduated from Wellsville High School in 1991, and since that time, I have been a resident of Wellsville for all but approximately five years. I live in Wellsville now with my wife and two children in the home that we purchased over 12 years ago. My parents also still live in Wellsville.

      3.     I currently operate a property management business in Wellsville, New York. I manage over a dozen properties as described in the conditions for my bond in this case.

      4.     In 2003, I entered into a contract with Mark Zuckerberg, the founder of Facebook, Inc., while Mr. Zuckerberg was a student at Harvard University in Boston, Massachusetts. The

contract was executed in Boston, Massachusetts. At the time I entered into the contract with Mr. Zuckerberg, I was a resident of Wellsville, New York.

Dated:     Wellsville, New York
           January 16, 2013

                                                    _____
                                                    Paul Ceglia