UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                               Plaintiffs.

       -against-

Paul Ceglia,

                                               Defendants.
-----------------------------------------------------------X

**ORDER**

12-CR-876 (ALC)

ANDREW L. CARTER, JR., United States District Judge:

       The motion hearing scheduled for March 6, 2013 has been adjourned to March 13, 2013 at 10:00 a.m.

Dated: New York, New York
          March 6, 2013

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3-6-13