```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
```

**United States of America,**          :          **NOTICE OF APPEARANCE
                                                   AND REQUEST FOR**
                                        :          **ELECTRONIC NOTIFICATION**

     - v -

                                        :          12 Cr. 876 (ALC)

Paul Ceglia
                                        :

```
----------------------------------x
```

To:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

                                                          Respectfully Submitted,

                                                                     /S/

                                                        **Annalisa Mirón, Esq.**
                                                        Assistant Federal Defender
                                                        52 Duane Street
                                                        New York, N.Y. 10007
                                                        (212) 417-8780
                                                        annalisa_miron@fd.org

TO:   Attorneys of Record