**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5-24-13
```

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 24, 2013

**VIA HAND DELIVERY & EMAIL**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   **United States v. Paul Ceglia**
>        **12 Cr. 876**

Dear Judge Carter:

    I write to request a modification of the conditions of Mr. Ceglia's bail. The Government consents to the request.

    On October 31, 2012 Judge McMahon ordered Mr. Ceglia released following the signing of a $250,000 personal recognizance bond by three financially responsible persons and secured by all real property owned by him and his parents, strict Pretrial Services supervision with electronic monitoring and home incarceration, travel restricted to the Western District of New York, within 15 miles of defendant's home, trips to pretrial services and the Southern District of New York for Court appearances, the surrender of all travel documents and no new applications, and complete access by pretrial services to the defendant's personal or business computers.

    On November 30, 2012, Judge McMahon amended the bail conditions to state "home detention" in place of "home incarceration" so that Mr. Ceglia could leave his home for purposes of work only. Mr. Ceglia has been fully compliant with the conditions of his release.

    Mr. Ceglia now moves to amend his bail conditions to replace "home detention" with a curfew that will allow him to travel within Alleghany, Steuben, and Chemung Counties in the Western District of New York ("the inclusion zone") during the hours of 9:00 a.m. and 7:00 p.m. At all other times Mr. Ceglia must remain in his home absent the permission of Pretrial Services or the Court.

    Mr. Ceglia requests this modification so that he can attend to numerous personal matters in addition to work. He lives in Wellsville, New York with his wife and two daughters, ages 9

The Honorable Andrew L. Carter, Jr.  May 24, 2013
United States District Judge  Page 2
Southern District of New York

and 10. Mr. Ceglia grew up in Wellsville, and his parents and his wife's parents still reside there. His wife's mother is currently battling late-stage cancer.

Mr. Ceglia has many personal obligations relating to his parents, his wife's parents and his children. A curfew that allows him to travel within the inclusion zone in lieu of home detention would allow him to attend to those obligations in addition to work.

Thank you for your consideration of this matter.

Respectfully submitted,

David E. Patton
Attorney for Paul Ceglia
(212) 417-8738

cc: AUSA Janis Echenberg
    AUSA Christopher Frey

SO ORDERED.

Hon. Andrew L. Carter, Jr.
United States District Court   5-24-13