```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7-19-13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

    - v. -                         :        ORDER ON CONSENT

PAUL CEGLIA,                     :        12 Cr. 876 (ALC)

        Defendant.             :

- - - - - - - - - - - - - - - - x

        On the joint application of PAUL CEGLIA, the defendant, by and through his counsel, David Patton, Esq., and the United States of America, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorneys Janis M. Echenberg and Christopher D. Frey; and for good cause shown,

        WHEREAS, the Government is currently in possession of the document Paul Ceglia, the defendant, claims is the original, signed version of the contract between Paul Ceglia and Mark Zuckerberg (the "Contract"), which is the subject of dispute in this criminal action;

        WHEREAS, the Government desires to have the U.S. Postal Inspection Service National Forensic Laboratory (the "Laboratory") conduct non-destructive, observational testing of the Contract; and

WHEREAS, the parties have conferred and have agreed that the Laboratory shall make arrangements to ensure that any testing of the Contract, all of which would occur when the Contract is removed from the protective covering in which the document was received by the Government, is videotaped and that a copy of that video recording shall thereafter be provided to counsel of record for Paul Ceglia, the defendant, in this criminal matter, together with the results of such testing;

IT IS HEREBY ORDERED THAT the Laboratory shall videotape any and all inspections and/or testing of the Contract that it conducts from the time that the Contract is removed from its protective covering until the time that it is returned to its protective covering.

Dated:   New York, New York
         July 17, 2013

Agreed and Consented To:

_____
David Patton, Esq.
Attorney for Paul Ceglia

_____
Janis M. Echenberg
Christopher D. Frey
Assistant U.S. Attorneys

SO ORDERED:

_____
Hon. Andrew J. Carter, Jr.
U.S. District Court Judge
Southern District of New York

7-19-13