**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-12-13

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 9, 2013

Honorable Andrew L. Carter
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



Re:   **United States v. Paul Ceglia**
      12 Cr. 876 (ALC)

Dear Judge Carter,

    I write on behalf of my client, Paul Ceglia, to respectfully request that the Court order one co-signer removed from Mr. Ceglia's bond and a different co-signer added. On October 31, 2012 Mr. Ceglia was charged on a complaint and presented before United States District Judge Colleen McMahon. Judge McMahon imposed, among other conditions, release on a $250,000 personal recognizance bond secured by all real property of the defendant and his parents, and co-signed by three financially responsible persons acceptable to the Court and the Government.

    We respectfully request that one of the co-signers on Mr. Ceglia's bond, Mervin Lehman, be removed as a co-signer and replaced by Mr. Ceglia's brother, Brendan Ceglia. The government interviewed Brendan Ceglia and approved him as a co-signer last week. Thank you for your consideration of this matter.

Respectfully submitted,

David Patton
Attorney for Paul Ceglia
Tel: 212-417-8738

SO ORDERED:

HONORABLE Andrew L. Carter
United States District Judge

9-11-13

CC:   A.U.S.A Christopher Frey (via e-mail)
       A.U.S.A Janis Echenberg (via e-mail)