**MEMO ENDORSED**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 18, 2013

**BY ELECTRONIC MAIL**

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007
ALCarterNYSDChambers@nysd.uscourts.gov

      Re:    **United States v. Paul Ceglia**
                **12 Cr. 876 (ALC)**

Dear Judge Carter:

        The parties in the above-captioned case respectfully request a brief adjournment of the conference in this matter, which is currently scheduled for September 20, 2013 at 11 a.m. The request is due to an unforseen scheduling conflict on the part of the Government. Additional time will also allow defense counsel to continue review the discovery in this case, including a forensic report the Government expects to receive from the U.S. Postal Laboratory next week, and will be able to provide thereafter to defense counsel. Your Honor's Deputy has advised that the Court is available September 27, 2013 at 2 p.m., at which time the Government and the defense are also available.

        The Government further requests that the Court exclude time under the Speedy Trial Act from September 20, 2013 to the date of the next conference, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the interest of the public and the defendant in a speedy trial. Defense counsel consents to the proposed exclusion of time.

                    Respectfully submitted,

                    PREET BHARARA
                    United States Attorney
                    Southern District of New York

By:    /s/
           Janis Echenberg/Christopher Frey
           Assistant United States Attorneys
           Tel.: (212) 637-2597/2270

cc:    David Patton, Counsel for Paul Ceglia (by electronic mail)

SO ORDERED:

September __19__, 2013

HONORABLE ANDREW L. CARTER, JR.
United States District Judge
Southern District of New York