UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | 12 Cr. 876 (ALC) |
| Plaintiff, | **ORDER** |
| -against- | |
| PAUL CEGLIA, | |
| Defendants., | |

-------------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

     At the September 27, 2013 status conference, the Government requested an exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 until February 19, 2014 due to the volume of discovery and to allow the Defendant to file its motion to dismiss.

     The Court finds that the interests of justice are served by such an exclusion due to the volume of discovery and to allow the Defendant to file its motion to dismiss, and that those interests outweigh the interests of the defendants and the public in a speedy trial.

     Accordingly, it is ORDERED: the time from September 27, 2013 through February 19, 2014 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
        September 27, 2013

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10-8-13