**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 18, 2013

**BY ECF (COURTESY COPY BY E-MAIL)**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 435
New York, New York 10007
ALCarterNYSDChambers@nysd.uscourts.gov

    Re:    **United States v. Ceglia,**
            **12 Cr. 876 (ALC)**

Dear Judge Carter:

      The Government writes, with the consent of defense counsel, to respectfully request a modification to the briefing schedule for defendant Paul Ceglia's motion to dismiss the Indictment in the above-captioned action. By way of background, the defendant filed his motion on November 27, 2013. Under the current briefing schedule, the Government is to file its opposition by January 10, 2014, and the defendant's reply, if any, is due January 24, 2014. The return date for the fully briefed motion is February 19, 2014 at 10 a.m.

      Having now reviewed the defendant's motion, and in light of the year-end holidays, the Government respectfully requests that the deadline for its opposition to the motion be extended by two weeks to January 24, 2014. David Patton, Esq., counsel for the defendant, consents to this request, and respectfully requests that the deadline for the defendant's reply brief be similarly extended to February 10, 2014. To the extent the Court deems it necessary to reschedule the return date on the motion, neither party has any objection.

Honorable Andrew L. Carter, Jr.
December 18, 2013
Page 2

Thank you for your consideration of this request.

          Respectfully submitted,

          PREET BHARARA
          United States Attorney

By:   *Christopher D. Frey*/
      Janis M. Echenberg / Christopher D. Frey
      Assistant United States Attorneys
      (212) 637-2597 / 2270

cc:     David Patton, Esq. (*Counsel for Paul Ceglia*)