UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

PAUL CEGLIA,

                         Defendant.

------------------------------------------------------------x

1:12-cr-00876 (ALC)

**REVISED SCHEDULING ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The conference previously scheduled for February 19, 2014, at 10:00 a.m., is ADJOURNED to March 6, 2014, at 2:30 p.m in Courtroom 1306 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The time from February 19, 2014, through March 6, 2014, is excluded from all calculations under the Speedy Trial Act pending the disposition of Defendant's Motion to Dismiss. 18 U.S.C. § 3161(h)(1)(D).

SO ORDERED.

Dated: February 18, 2014
       New York, New York

                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**