UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                 :

   UNITED STATES OF AMERICA,        :

                                 :       **1:12-cr-00876 (ALC)**

       -against-               :

                                 :       **REVISED SCHEDULING**

   PAUL CEGLIA,                :       **ORDER**

                                 :

                     Defendant.   :
-----------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The conference previously scheduled for March 6, 2014, at 2:30 p.m., is ADJOURNED to

March 7, 2014, at 10:45a.m in Courtroom 1306 of the Thurgood Marshall United States

Courthouse, 40 Foley Square, New York, New York.   The time from March 6, 2014, through

March 7, 2014, is excluded from all calculations under the Speedy Trial Act pending the

disposition of Defendant's Motion to Dismiss.   18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

**Dated:**   March 4, 2014
         **New York, New York**
                                   **ANDREW L. CARTER, JR.**
                                   **United States District Judge**

3-4-14