UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,                    12 Cr. 876 (ALC)

        Plaintiff,                           **ORDER**

-against-

PAUL CEGLIA,

        Defendants.,
-----------------------------------------------------------X
ANDREW L. CARTER, JR., District Judge:

At the May 6, 2014 status conference, the Government requested an exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 until June 23, 2014 due to the complexity of the case and to allow the Defendant to file its anticipated motion(s).

The Court finds that the interests of justice are served by such an exclusion due to the complexity of the case and to allow the Defendant to file its anticipated motion(s), and that those interests outweigh the interests of the defendant and the public in a speedy trial.

Accordingly, it is ORDERED: the time from May 6, 2014 through June 23, 2014 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
      May 6, 2014

                                             ANDREW L. CARTER, JR.
                                             UNITED STATES DISTRICT JUDGE