```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

           v.                              12 Cr. 876 (ALC)

PAUL CEGLIA,

              Defendant.

------------------------------x
                                           New York, New York
                                           May 6, 2014
                                           10:15 a.m.

Before:

              HON. ANDREW L. CARTER, JR.,

                                           District Judge

                         APPEARANCES

PREET BHARARA
     United States Attorney for the
     Southern District of New York
BY:  CHRISTOPHER FREY
     Assistant United States Attorney

DAVID E. PATTON
ANNALISA MIRON
     Attorneys for Defendant
```

1                (In open court)

2                (Case called)

3            MR. FREY:  Good morning, your Honor.  Christopher Frey
4    for the government.

5            THE COURT:  Good morning.

6            MR. PATTON:  Good morning, your Honor.  David Patton
7    and Annalisa Mirón for Mr. Ceglia.  As the Court has permitted,
8    Mr. Ceglia will not be present for today, and we waive his
9    appearance.

10           THE COURT:  OK.  Where are we as of today?  I think
11   the last time we were here defense counsel was contemplating
12   whether or not he wished to file motions.  Where are we?

13           MR. PATTON:  Your Honor in terms of the traditional
14   pretrial motions, the two that we are contemplating at this
15   point, one would have to do with some discovery issues that we
16   are still discussing with the government, so we may not need to
17   file anything.  But what I might possibly envision is a bill of
18   particulars if we are not able to work out something
19   informally.

20           Then, secondly, we're still considering the
21   possibility of a motion to suppress.  I don't think it would be
22   a dispositive motion.  It would be for certain aspects of the
23   evidence in the case.  For those motions I would ask if we
24   could have two weeks from this Friday, May 23, to be able to
25   file those, if we have any to file.

1              There is the separate issue under the in limine

2     category, but I think they are perhaps more extensive than

3     maybe just the typical in limine motions, including possible

4     Daubert motions.  We're still in the process of retaining

5     experts, both to perhaps present expert testimony, but also

6     examining the government's expert witnesses.  They have

7     proffered two possible witnesses at this point, one having to

8     do with computer forensics, the other having to do with

9     examination of the contract itself by the U.S. Postal Service.

10             I expect we will have experts in place in the next

11    month or two, but I guess in terms of the possible Daubert

12    motions, if we could either set something closer to trial or

13    wait to see where we are a little bit further down the road.  I

14    have had some discussions with Mr. Frey about setting a

15    possible trial date in the fall, if the Court is amenable,

16    which would give us time.

17             In addition to identifying our expert witnesses, we

18    are continuing the factual investigation which could also have

19    implications for what the experts might testify to.  For

20    instance, we are likely in the short term going to issue some

21    subpoenas for material relevant to the time period in issue,

22    around 2003, 2004.  It's possible that some of that material

23    would need to be examined by experts.

24             So I apologize for not having a more defined set

25    period for anything relating to the experts, but we are still

1   in the process of putting that together.  I think if we did
2   have a fall trial date, we would have time to schedule those
3   things between now and then, or we could schedule them
4   separately obviously, whatever the Court's preference.
5             THE COURT:  Counsel for the government, anything to
6   add?
7             MR. FREY:  No, your Honor.
8             THE COURT:  How long do the parties anticipate this
9   trial would be?
10            MR. FREY:  From the government's perspective, its case
11  would be approximately one and a half, just under two weeks I
12  would imagine.
13            THE COURT:  Defense counsel?
14            MR. PATTON:  My guess, your Honor, is that it would be
15  no more than a week.
16            THE COURT:  For a trial date are the parties available
17  November 17?  We would obviously need to take a couple of days
18  off during that time for the Thanksgiving break.  Are the
19  parties available starting November 17?
20            MR. FREY:  Yes, your Honor.
21            MR. PATTON:  Yes, your Honor.
22            THE COURT:  So let's set the trial date for November
23  17.  Regarding the motions, we'll give defense counsel until
24  May 23 to file motions.  We'll give the government two weeks to
25  respond.  Is that enough time for the government?

E56ncegc                       Conference

1            MR. FREY:  Yes, your Honor.

2            THE COURT:  So that would take us to June 6 for the

3    government to respond.

4            Let's have a status conference date to check in and

5    see where we are around the middle of June.

6            Monday, June 23 at 10 a.m.  Does that work for the

7    parties?

8            MR. FREY:  Yes, your Honor.

9            MR. PATTON:  Yes, your Honor.

10           THE COURT:  Again, since defense motions are being

11   contemplated, I believe it's in the interest of justice and the

12   interest of Mr. Ceglia to exclude this time under the Speedy

13   Trial Act.  In addition, as I've previously noted, due to the

14   nature of the discovery in this case, this is a complex case, I

15   further find that the interest of Mr. Ceglia and the interest

16   of justice outweigh the public's interest in a speedy trial,

17   and I will enter an order to that effect excluding the time

18   under the Speedy Trial Act from today's date until June 23.

19           Anything else from the government today?

20           MR. FREY:  Not from the government, your Honor.

21           THE COURT:  Anything else from the defense?

22           MR. PATTON:  No, your Honor.  Thank you.

23           THE COURT:  All right.  Thank you very much.

24           (Adjourned)

25