# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 9, 2014

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-10-14

Re: **United States v. Paul Ceglia**
    **12 Cr. 876**

Dear Judge Carter:

      I write to request that the Court modify Mr. Ceglia's bail conditions to reduce his pre-trial supervision from strict to regular, remove his curfew, and permit the return of his wife and children's travel documents. Mr. Ceglia has been released on bail since his presentment on October 31, 2012. His Pretrial Services Officer in Buffalo takes no position on this request, but notes that Mr. Ceglia has been "fully compliant" with the terms of his release. The Government consents to allowing the return of his family's travel documents but objects to reducing his supervision from strict to regular and removing his curfew.

      On October 31, 2012 Judge McMahon ordered Mr. Ceglia released following the signing of a $250,000 personal recognizance bond by three financially responsible persons and secured by all real property owned by him and his parents, strict Pretrial Services supervision with electronic monitoring and home incarceration, travel restricted to the Western District of New York, within 15 miles of defendant's home, trips to pretrial services and the Southern District of New York for Court appearances, the surrender of all travel documents and no new applications, and complete access by pretrial services to the defendant's personal or business computers. She also continued the condition imposed by the Magistrate Judge in Buffalo that required Mr. Ceglia's wife and children to surrender their travel documents.

      On November 30, 2012, Judge McMahon amended the bail conditions to state "home detention" in place of "home incarceration" so that Mr. Ceglia could leave his home for purposes of work.

      On May 29, 2013 Your Honor amended the bail conditions to replace "home detention" with a curfew that allowed him to travel within Alleghany, Steuben, and Chemung Counties in the Western District of New York ("the inclusion zone") during the hours of 9:00 a.m. and 7:00 p.m.

The Court should modify Mr. Ceglia's conditions of release for several reasons. First, as Mr. Ceglia has demonstrated during the past 18 months, he does not represent a risk of flight nor a danger to the community. His Pretrial Services Officer states that he has been "fully compliant" with the conditions of his release, and there is no reason to think that he will not continue to be compliant. Second, as summer approaches, he would like to spend more time with his children outside of the house, including taking them to various activities and going on local camping trips. Third, he would like to be relieved of the discomfort and appearance of wearing his tracking bracelet. And lastly, he and his parents have secured his $250,000 bond with all of their real property – which includes more than a dozen rental properties in and around their home town of Wellsville totaling over $350,000 in equity.

Lastly, the condition imposed upon his arrest in Buffalo that his wife and children surrender their passports and travel documents seems wholly unnecessary. I am not aware of such a condition being imposed in other cases in the Southern District of New York. His wife and mother (and perhaps children) would like to visit family in Ireland this summer (without Mr. Ceglia) for a family member's 100th birthday celebration.

For these reasons, we respectfully request that Mr. Ceglia's curfew be removed and his pre-trial supervision be reduced from strict to regular without electronic monitoring. In addition, we request that his family's travel documents be returned to them.

Thank you for your consideration of this matter.

Respectfully submitted,

David E. Patton
Attorney for Paul Ceglia
(212) 417-8738

cc: AUSA Janis Echenberg
 AUSA Christopher Frey
 Pretrial Services, Western District of New York

SO ORDERED:

Hon. Andrew L. Carter, Jr.
United States District Court

6-10-14

The application to return Mr. Ceglia's family's travel documents is granted. The other bail modification requests will be addressed at the 6/23/14 Status Conference.