# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

**David E. Patton**
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 25, 2014

Honorable Andrew L. Carter
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/25/14

Re: **United States v. Paul Ceglia**
    12 Cr. 876 (ALC)

Dear Judge Carter,

    I write on behalf of my client, Paul Ceglia, to respectfully request that the Court endorse this written order documenting its recent ruling regarding Mr. Ceglia's pretrial release conditions:

    As of Monday, June 23, 2014, Mr. Ceglia is no longer subject to a curfew as part of his conditions of release on the above-captioned matter.

Respectfully submitted,

Annalisa Mirón
Attorney for Paul Ceglia
Tel: 212-417-8780

SO ORDERED:

HONORABLE Andrew L. Carter     6/25/14
**United States District Judge**

CC:    AUSA Janis Echenberg (via e-mail)
         US Probation Officer Kathleen Horvatits