GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Orin Snyder
Direct: +1 212.351.2400
Fax: +1 212.351.6335
OSnyder@gibsondunn.com

Client: 30993-00011

MEMO ENDORSED




June 20, 2014

BY ELECTRONIC MAIL

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 435
New York, New York 10007




Re: **United States v. Ceglia,**
**12 Cr. 876 (ALC)**

Dear Judge Carter:

We represent Facebook, Inc. ("Facebook") and Mark Zuckerberg, victims of the fraud perpetrated by Paul Ceglia, defendant in the above-referenced case. We respectfully submit this letter to request an opportunity to respond to Ceglia's pending application to issue subpoenas to our clients under Federal Rule of Criminal Procedure 17(c).

As Your Honor is aware, the Crime Victims' Rights Act affords crime victims like Facebook and Mr. Zuckerberg various participatory rights, including the statutory right to confer with the attorney for the Government. 18 U.S.C. § 3771(a)(5). In that regard, Assistant United States Attorney Echenberg advised us that defendant Ceglia has sought permission to issue subpoenas to our clients and to Harvard University for a large amount of electronic and hard-copy records. Those sought-after records include any and all bank records for accounts owned by or regularly used by Mr. Zuckerberg, or by companies owned or managed, in whole or in part by Mr. Zuckerberg, during the years 2003 and 2004, when he was a Harvard undergraduate. The proffered subpoenas also seek forensically sound copies of the entire contents of any and all computers, cell phones, and email accounts owned or regularly used by Mr. Zuckerberg during that same two-year period. AUSA Echenberg also advised us that the Government has requested permission to respond to Ceglia's application by June 30, 2014.

Pursuant to Rule 17(c)(3), we hereby respectfully seek permission to submit a letter to Your Honor addressing Ceglia's proffered subpoenas no later than the Government's requested deadline of June 30, 2014. We believe that hearing from our clients on this matter will assist the Court and also protect our clients' rights.

We thank the Court for its kind consideration.

Respectfully submitted,

Orin Snyder
Alexander H. Southwell

cc: Christopher Frey, Assistant United States Attorney
Janis Echenberg, Assistant United States Attorney
David Patton, Esq.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

6/26/14