```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
```

**United States of America,**          :          **NOTICE OF APPEARANCE**
                                                  **AND REQUEST FOR**
                                       :          **ELECTRONIC NOTIFICATION**
     - v -
                                       :          **12-cr-876**

**Paul Ceglia**

```
----------------------------------x
```

To:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

                                            Respectfully Submitted,


                                            **/s/Daniel Habib**
                                            Assistant Federal Defender
                                            Federal Defenders Of New York
                                            52 Duane Street
                                            New York, N.Y. 10007
                                            (212) 417-8769
                                            Daniel_Habib@fd.org


TO:   Attorneys of Record