UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA,

        Plaintiff,

-against-

PAUL CEGLIA,

        Defendants.,
---------------------------------------------------------X

12 Cr. 876 (ALC)

**ORDER**



ANDREW L. CARTER, JR., District Judge:

    At the June 23, 2014 status conference, the Government requested an exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 until July 21, 2014 due to pending motions and to allow the Defendant adequate time to prepare for trial.

    The Court finds that the interests of justice are served by such an exclusion due to pending motions and to allow the Defendant adequate time to prepare for trial, and that those interests outweigh the interests of the defendant and the public in a speedy trial.

    Accordingly, it is ORDERED: the time from June 23, 2014 through July 21, 2014 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
      June 23, 2014

ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE