UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

   UNITED STATES,

               -against-                          1:12-cr-00876 (ALC)

   PAUL CEGLIA,                           **ORDER ADJOURNING CONFERENCE**

                         Defendant.

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The status conference previously scheduled for September 5, 2014, is ADJOURNED to September 22, 2014, at 2:00 p.m. The parties should appear in person in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above.

**SO ORDERED.**

Dated: August 15, 2014
       New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**