CONFIDENTIAL

Paul D. Ceglia v. Mark Elliott Zuckerberg
Privilege Log

| No. | Bates No. | Date | From/Author | Recipients | CC | Type | Privilege | Description |
|---|---|---|---|---|---|---|---|---|
| 1 | KBTF_PRIV_0000001 | 3/8/2011 | Holmberg, Jason | Marks, Aaron | | Email | Attorney Client Privilege | Communication re: retention of Kasowitz, Benson, Torres & Friedman LLP |
| 2 | KBTF_PRIV_0000002 | 3/8/2011 | Marks, Aaron | Holmberg, Jason | | Email | Attorney Client Privilege | Communication re: retention of Kasowitz, Benson, Torres & Friedman LLP |
| 3 | KBTF_PRIV_0000003 | 3/8/2011 | Holmberg, Jason | Marks, Aaron | | Email | Attorney Client Privilege | Communication re: retention of Kasowitz, Benson, Torres & Friedman LLP |
| 4 | KBTF_PRIV_0000005 | 3/9/2011 | Holmberg, Jason | Marks, Aaron | | Email | Attorney Client Privilege | Communication re: retention of Kasowitz, Benson, Torres & Friedman LLP |
| 5 | KBTF_PRIV_0000007 | 3/10/2011 | Marks, Aaron | Holmberg, Jason | | Email | Attorney Client Privilege | Communication re: retention of Kasowitz, Benson, Torres & Friedman LLP |
| 6 | KBTF_PRIV_0000009 - KBTF_PRIV_0000074 | 3/10/2011 | Holmberg, Jason | Marks, Aaron | | Email with Attachment(s) | Attorney Client Privilege | Communication re: retention of Kasowitz, Benson, Torres & Friedman LLP |
| 7 | KBTF_PRIV_0000075 - KBTF_PRIV_0000137 | 3/10/2011 | Holmberg, Jason | Marks, Aaron | | Document | Attorney Client Privilege | Overview of Lawsuit |
| 8 | KBTF_PRIV_0000138 | 3/10/2011 | Holmberg, Jason | Marks, Aaron | | Email | Attorney Client Privilege | Communication re: retention of Kasowitz, Benson, Torres & Friedman LLP |
| 9 | KBTF_PRIV_0000141 | 3/11/2011 | Holmberg, Jason | Marks, Aaron | | Email | Attorney Client Privilege | Communication re: retention of Kasowitz, Benson, Torres & Friedman LLP |
| 10 | KBTF_PRIV_0000144 | 3/11/2011 | Marks, Aaron | Holmberg, Jason | | Email | Attorney Client Privilege | Communication re: retention of Kasowitz, Benson, Torres & Friedman LLP |
| 11 | KBTF_PRIV_0000147 | 3/15/2011 | Holmberg, Jason | Marks, Aaron | | Email | Attorney Client Privilege | Communication re: retention of Kasowitz, Benson, Torres & Friedman LLP |
| 12 | KBTF_PRIV_0000151 | 3/15/2011 | Holmberg, Jason | Marks, Aaron | | Email | Attorney Client Privilege | Communication re: retention of Kasowitz, Benson, Torres & Friedman LLP |
| 13 | KBTF_PRIV_0000157 | 3/16/2011 | Holmberg, Jason | Marks, Aaron | | Email | Attorney Client Privilege | Communication re: retention of Kasowitz, Benson, Torres & Friedman LLP |
| 14 | KBTF_PRIV_0000157 | 3/17/2011 | Holmberg, Jason | Marks, Aaron | Shuster, Michael S. | Email | Attorney Client Privilege | Communication re: retention of Kasowitz, Benson, Torres & Friedman LLP |
| 15 | KBTF_PRIV_0000156 | 3/17/2011 | Marks, Aaron | Holmberg, Jason | Shuster, Michael S. | Email | Attorney Client Privilege | Communication re: retention of Kasowitz, Benson, Torres & Friedman LLP |
| 16 | KBTF_PRIV_0000156 - KBTF_PRIV_0000155 | 3/18/2011 | Shuster, Michael S. | Holmberg, Jason Marks, Aaron | | Email | Attorney Client Privilege | Communication re: retention of Kasowitz, Benson, Torres & Friedman LLP |
| 17 | KBTF_PRIV_0000156 | 3/18/2011 | Holmberg, Jason | Marks, Aaron | Shuster, Michael S. | Email | Attorney Client Privilege | Communication re: retention of Kasowitz, Benson, Torres & Friedman LLP |
| 18 | KBTF_PRIV_0000155 | 3/18/2011 | Marks, Aaron | Holmberg, Jason | Shuster, Michael S. | Email | Attorney Client Privilege | Communication re: retention of Kasowitz, Benson, Torres & Friedman LLP |
| 19 | KBTF_PRIV_0000161 - KBTF_PRIV_0000162 | 3/18/2011 | Holmberg, Jason | Shuster, Michael S. Marks, Aaron | | Email with Attachment(s) | Attorney Client Privilege | Communication re: retention of Kasowitz, Benson, Torres & Friedman LLP |
| 20 | KBTF_PRIV_0000162 | 3/18/2011 | Holmberg, Jason | Shuster, Michael S. Marks, Aaron | | Document | Attorney Client Privilege | Fee proposal |
| 21 | KBTF_PRIV_0000155 | 3/18/2011 | Holmberg, Jason | Marks, Aaron | Shuster, Michael S. | Email | Attorney Client Privilege | Communication re: retention of Kasowitz, Benson, Torres & Friedman LLP |
| 22 | KBTF_PRIV_0000158 | 3/18/2011 | Marks, Aaron | Holmberg, Jason Ceglia, Paul | Shuster, Michael S. | Email | Attorney Client Privilege | Communication re: retention of Kasowitz, Benson, Torres & Friedman LLP |
| 23 | KBTF_PRIV_0000163 | 3/19/2011 | Holmberg, Jason | Ceglia, Paul Marks, Aaron | Shuster, Michael S. | Email | Attorney Client Privilege | Communication re: retention of Kasowitz, Benson, Torres & Friedman LLP |
| 24 | KBTF_PRIV_0000167 | 3/20/2011 | Marks, Aaron | Ceglia, Paul Holmberg, Jason | Shuster, Michael S. | Email | Attorney Client Privilege | Communication re: retention of Kasowitz, Benson, Torres & Friedman LLP |
| 25 | KBTF_PRIV_0000171 - KBTF_PRIV_0000175 | 3/20/2011 | Marks, Aaron | Ceglia, Paul | Shuster, Michael S. | Email with Attachment(s) | Attorney Client Privilege | Communication re: retention of Kasowitz, Benson, Torres & Friedman LLP |
| 26 | KBTF_PRIV_0000176 - KBTF_PRIV_0000179 | 3/21/2011 | Marks, Aaron | Ceglia, Paul | | Letter | Attorney Client Privilege | Engagement Letter |
| 27 | KBTF_PRIV_0000180 - KBTF_PRIV_0000181 | 3/20/2011 | Marks, Aaron | Ceglia, Paul Holmberg, Jason | Shuster, Michael S. | Email | Attorney Client Privilege | Communication re: preliminary meetings |
| 28 | KBTF_PRIV_0000185 | 3/21/2011 | Ceglia, Paul | Marks, Aaron | | Email | Attorney Client Privilege | Communication re: preliminary meetings |
| 29 | KBTF_PRIV_0000193 | 3/21/2011 | Holmberg, Jason | Ceglia, Paul | Shuster, Michael S. | Email | Attorney Client Privilege | Communication re: preliminary meetings |
| 30 | KBTF_PRIV_0000199 | 3/21/2011 | Ceglia, Paul | Marks, Aaron | | Email | Attorney Client Privilege | Communication re: preliminary meetings |
| 31 | KBTF_PRIV_0000207 | 3/21/2011 | Marks, Aaron | Ceglia, Paul | Shuster, Michael S. | Email | Attorney Client Privilege | Communication re: preliminary meetings |
| 32 | KBTF_PRIV_0000215 | 3/21/2011 | Ceglia, Paul | Marks, Aaron | | Email | Attorney Client Privilege | Communication re: preliminary meetings |
| 33 | KBTF_PRIV_0000223 | 3/21/2011 | Marks, Aaron | Ceglia, Paul Holmberg, Jason | | Email | Attorney Client Privilege | Communication re: preliminary meetings |
| 34 | KBTF_PRIV_0000231 | 3/21/2011 | Marks, Aaron | Ceglia, Paul | Shuster, Michael S. | Email | Attorney Client Privilege | Communication re: preliminary meetings |
| 35 | KBTF_PRIV_0000237 | 3/22/2011 | Ceglia, Paul | Marks, Aaron | | Email | Attorney Client Privilege | Communication re: preliminary meetings |
| 36 | KBTF_PRIV_0000247 | 3/23/2011 | Ceglia, Paul | Marks, Aaron | | Email | Attorney Client Privilege | Communication re: preliminary meetings |
| 37 | KBTF_PRIV_0000248 | 3/23/2011 | Ceglia, Paul | Marks, Aaron | | Email | Attorney Client Privilege | Communication re: preliminary meetings |
| 38 | KBTF_PRIV_0000250 | 3/23/2011 | Marks, Aaron | Ceglia, Paul | Shuster, Michael S. | Email | Attorney Client Privilege | Communication re: preliminary meetings |
| 39 | KBTF_PRIV_0000252 | 3/23/2011 | Ceglia, Paul | Marks, Aaron | | Email | Attorney Client Privilege | Communication re: preliminary meetings |
| 40 | KBTF_PRIV_0000254 | 3/25/2011 | Marks, Aaron | Ceglia, Paul | | Email | Attorney Client Privilege | Communication re: preliminary meetings |
| 41 | KBTF_PRIV_0000255 | 3/25/2011 | Ceglia, Paul | Marks, Aaron | | Email | Attorney Client Privilege | Communication re: preliminary meetings |
| 42 | KBTF_PRIV_0000257 | 3/25/2011 | Marks, Aaron | Goldstein, Sandy | Shuster, Michael S. | Email | Attorney Work Product | Communication re: preliminary meetings |
| 43 | KBTF_PRIV_0000259 | 3/25/2011 | Marks, Aaron | Ceglia, Paul | | Email | Attorney Client Privilege | Communication re: preliminary meetings |

June 20, 2013

Paul D. Ceglia v. Mark Elliott Zuckerberg
Privilege Log

| # | Bates | Date | From | To | Type | Privilege | Description |
|---|---|---|---|---|---|---|---|
| 44 | KBTF_PRIV_0000261 | 3/26/2011 | Goldstein, Sandy | Marks, Aaron | Email | Attorney Client Privilege | Communication re: preliminary meetings |
| 45 | KBTF_PRIV_0000264 | 3/26/2011 | Marks, Aaron | Shuster, Michael S.; Halpin, Brian | Email | Attorney Work Product | Communication re: preliminary meetings |
| 46 | KBTF_PRIV_0000267 - KBTF_PRIV_0000275 | 3/28/2011 | Marks, Aaron | Holmberg, Jason; Ceglia, Paul | Email with Attachment(s) | Attorney Client Privilege | Communication re: jurisdiction |
| 47 | KBTF_PRIV_0000276 | 3/28/2011 | Holmberg, Jason | Marks, Aaron; Ceglia, Paul | Email | Attorney Client Privilege | Communication re: preliminary meetings |
| 48 | KBTF_PRIV_0000282 | 3/28/2011 | Marks, Aaron | Ceglia, Paul; Holmberg, Jason | Email | Attorney Client Privilege | Communication re: preliminary meetings |
| 49 | KBTF_PRIV_0000305 | 3/30/2011 | Marks, Aaron | Aginsky, Valery; john@bowenweb.com | Email | Attorney Client Privilege | Communication re: preliminary meetings |
| 50 | KBTF_PRIV_0000279 | 3/30/2011 | john@documentdating.com | Marks, Aaron | Email | Attorney Client Privilege | Communication re: preliminary meetings |
| 51 | KBTF_PRIV_0000280 | 3/30/2011 | Halpin, Brian | Marks, Aaron; Shuster, Michael S.; Halpin, Brian | Email | Attorney Client Privilege | Communication re: preliminary meetings |
| 52 | KBTF_PRIV_0000281 | 3/30/2011 | Marks, Aaron | Shuster, Michael S.; Kolarevic, Frank | Email | Attorney Work Product | Communication re: preliminary meetings |
| 53 | KBTF_PRIV_0000282 | 3/30/2011 | Ceglia, Paul | Marks, Aaron | Email | Attorney Client Privilege | Communication re: preliminary meetings |
| 54 | KBTF_PRIV_0000286 - KBTF_PRIV_0000297 | 3/30/2011 | Halpin, Brian | Shuster, Michael S.; Goldstein, Sandy | Email with Attachment(s) | Attorney Work Product | Communication re: preliminary meetings |
| 55 | KBTF_PRIV_0000298 | 3/30/2011 | Marks, Aaron | | Email | Attorney Client Privilege | Communication re: preliminary meetings |
| 56 | KBTF_PRIV_0000299 | 3/30/2011 | Marks, Aaron | Argemtieri, Paul Shuster, Michael S.; Lewis, David A. | Email | Attorney Client Privilege | Communication re: withdrawal of representation |
| 57 | KBTF_PRIV_0000304 | 3/30/2011 | Marks, Aaron | Ceglia, Paul; Michael S. Shuster; Argentieri, Paul | Email | Attorney Client Privilege | Communication re: withdrawal of representation |
| 58 | KBTF_PRIV_0000300 | 3/30/2011 | Argentieri, Paul | Marks, Aaron | Email | Attorney Client Privilege | Communication re: withdrawal of representation |
| 59 | KBTF_PRIV_0000302 | 3/31/2011 | Argentieri, Paul | Connors, Terrence M.; Ceglia, Paul; Shuster, Michael S. | Email | Attorney Client Privilege | Communication re: withdrawal of representation |
| 60 | KBTF_PRIV_0000304 | 3/31/2011 | Connors, Terrence M. | Marks, Aaron | Email | Attorney Client Privilege | Communication re: withdrawal of representation |
| 61 | KBTF_PRIV_0000305 | 3/31/2011 | Aginsky, Valery | Marks, Aaron; Argentieri, Paul; Lewis, David A.; Michael S. Shuster; Ceglia, Paul; Aginsky, Valery | Email | Attorney Client Privilege | Communication re: preliminary meetings |
| 62 | KBTF_PRIV_0000306 - KBTF_PRIV_0000313 | 4/12/2011 | Marks, Aaron | Hall, Christopher P.; Parikh, Carrie S.; Allcock, John; Brownlie, Robert W.; Trippitelli, Gerald A.; Vacco, Dennis C.; Cross, Kevin J. | Email with Attachment(s) | Attorney Client Privilege | Communication re: professional conduct |
| 63 | KBTF_PRIV_0000314 - KBTF_PRIV_0000316 | 4/12/2011 | Marks, Aaron | Argentieri, Paul; Vacco, Dennis C.; Brownlie, Robert W.; Trippitelli, Gerald A.; Hall, Christopher P.; Parikh, Carrie S.; Allcock, John | Letter | Attorney Client Privilege | Communication re: professional conduct |
| 64 | KBTF_PRIV_0000317 - KBTF_PRIV_0000321 | 4/12/2011 | Canastraro, Stephanie | Marks, Aaron | Email with Attachment(s) | Attorney Client Privilege | Communication re: professional conduct |

Paul D. Ceglia v. Mark Elliott Zuckerberg
Privilege Log

| Bates | Date | From | To | Type | Privilege | Description |
|---|---|---|---|---|---|---|
| 65 | KBTF_PRIV_0000322 - KBTF_PRIV_0000325 | 4/12/2011 | Vacco, Dennis C. | Marks, Aaron | Argentieri, Paul; Brownlie, Robert; Cross, Kevin J.; Trippitelli, Gerald | Letter | Attorney Client Privilege | Communication re: professional conduct |
| 66 | KBTF_PRIV_0000326 - KBTF_PRIV_0000359 | 4/13/2011 | Marks, Aaron | Vacco, Dennis C. | Argentieri, Paul; Brownlie, Robert; Cross, Kevin J.; Trippitelli, Gerald | Email with Attachment(s) | Attorney Client Privilege | Communication re: professional conduct |
| 67 | KBTF_PRIV_0000362 - KBTF_PRIV_0000363 | 4/13/2011 | Marks, Aaron | Vacco, Dennis C. | Argentieri, Paul; Brownlie, Robert; Cross, Kevin J.; Trippitelli, Gerald | Letter | Attorney Client Privilege | Communication re: professional conduct |
| 68 | KBTF_PRIV_0000360 - KBTF_PRIV_0000361 | 4/13/2011 | Vacco, Dennis C. | Marks, Aaron | Argentieri, Paul; Brownlie, Robert; Cross, Kevin J.; Trippitelli, Gerald; Hall, Christopher P. | Email | Attorney Client Privilege | Communication re: professional conduct |
| 69 | KBTF_PRIV_0000364 | 4/13/2011 | Marks, Aaron | Vacco, Dennis C. | Argentieri, Paul; Brownlie, Robert; Cross, Kevin J.; Trippitelli, Gerald | Email | Attorney Client Privilege | Communication re: professional conduct |
| 70 | KBTF_PRIV_0000364 | 4/14/2011 | Vacco, Dennis C. | Marks, Aaron | Argentieri, Paul; Brownlie, Robert; Cross, Kevin J.; Trippitelli, Gerald | Email | Attorney Client Privilege | Communication re: professional conduct |
| 71 | KBTF_PRIV_0000364 | 4/14/2011 | Hall, Christopher P. | Vacco, Dennis C.; Cross, Kevin J.; Marks, Aaron | Trippitelli, Gerald | Email | Attorney Client Privilege | Communication re: professional conduct |
| 72 | KBTF_PRIV_0000367 | 4/14/2011 | Marks, Aaron | Trippitelli, Gerald | | Email | Attorney Client Privilege | Communication re: professional conduct |
| 73 | KBTF_PRIV_0000366 | 4/14/2011 | Trippitelli, Gerald | Marks, Aaron | | Email | Attorney Client Privilege | Communication re: professional conduct |
| 74 | KBTF_PRIV_0000366 | 4/14/2011 | Marks, Aaron | Trippitelli, Gerald | | Email | Attorney Client Privilege | Communication re: professional conduct |
| 75 | KBTF_PRIB_0000369 | 4/15/2011 | Marks, Aaron | Trippitelli, Gerald; Cross, Kevin | Shuster, Michael S.; Lewis, David A.; Hall, Christopher P.; Brownlie, Robert; Argentieri, Paul; Vacco, Dennis C. | Email with Attachment(s) | Attorney Client Privilege | Communication re: professional conduct |
| 76 | KBTF_PRIV_0000369 | 6/3/2011 | Marks, Aaron | Vacco, Dennis C. | Trippitelli, Gerald; Cross, Kevin J.; Brownlie, Robert; Argentieri, Paul | Letter | Attorney Client Privilege | Communication re: professional conduct |
| 77 | KBTF_PRIV_0000370 - KBTF_PRIV_0000375 | | | | Spreadsheet | Attorney Work Product | Communication re: preliminary meetings |

CONFIDENTIAL

June 20, 2013

KBTF_PRIV_0000385

Paul D. Ceglia v. Mark Elliott Zuckerberg
Supplemental Privilege Log

June 20, 2013

| No. | Bates No. | Date | From/Author | Recipients | CC | Type | Privilege | Description |
|---|---|---|---|---|---|---|---|---|
| 78 | KBTF_PRIV_0000376 - KBTF_PRIV_0000377 | 3/22/2011 | | | | Internal Notes | Work Product | Michael Shuster's notes from preliminary conversations |
| 79 | KBTF_PRIV_0000378 - KBTF_PRIV_0000381 | | | | | Internal Notes | Work Product | Aaron Marks's notes from preliminary conversations |
| 80 | KBTF_PRIV_0000382 | | | | | Internal Notes | Work Product | Aaron Marks's Notes from conversation with Piper Jaffray |

CONFIDENTIAL

KBTF_PRIV_000386