# Federal Defenders
## OF NEW YORK, INC.

**MEMO ENDORSED**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*



*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

VIA FAX and ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-17-14

September 16, 2014

Honorable Andrew L. Carter
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Paul Ceglia</u>
12 Cr. 876 (ALC)

Dear Judge Carter,

    I write on behalf of Mr. Paul Ceglia, to respectfully request that the court modify Mr. Ceglia's bond. On October 31, 2012 Mr. Ceglia was charged on a complaint and presented before United States District Judge Colleen McMahon. Judge McMahon imposed, among other conditions, release on a $250,000 personal recognizance bond secured by all real property of the defendant and his parents.

    We respectfully request that the court modify the bond so that it is secured by property worth $250,000, rather than all real property owned by Mr. Ceglia and his parents. Thank you for your consideration of this matter.

Respectfully submitted,

/s/ David Patton
Attorney for Paul Ceglia
Tel: 212-417-8738

**SO ORDERED:**

HONORABLE Andrew L. Carter
**United States District Judge**

9-17-14

cc: AUSA Christopher Frey (via e-mail)
     AUSA Janis Echenberg (via e-mail)
     Robert Fogg, Esq. (via e-mail)
     Pretrial Services, Western District of New York (via e-mail)