AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:12-CR-00876-ALC |
| PAUL D. CEGLIA | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PAUL D. CEGLIA

Date:   09/16/0204

*Attorney's signature*

Robert Ross Fogg NYS Reg 4044426
*Printed name and bar number*

The Law Office of Robert Ross Fogg, Esq. LL.M.
69 Delaware Avenue, Suite 600
Buffalo, New York 14202

*Address*

rfogg@rfogglaw.com
*E-mail address*

(716) 853-3644
*Telephone number*

(716) 852-6782
*FAX number*