Robert Ross Fogg, Esq.
Law Office of Robert Ross Fogg, Esq., LL.M.
69 Delaware Avenue, Suite 600
Buffalo, New York 14202
Tel: (716) 853-3644  Fax: (716) 852-6782
rfogg@rfogglaw.com

*Counsel for Defendant Paul D. Ceglia*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                                                    *Plaintiff,*

                            v.                                    CASE No: 1:12-CR-00876-ALC

PAUL D. CEGLIA

                                                    *Defendants.*

---

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

1.        Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Robert Ross Fogg**,** hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant in the case of *USA v Paul Ceglia*, 1:12-CR-00876-ALC, the United States District Court for the Southern District of New York.

2.        I am a member in good standing of the bars of the State of New York and of the United States District Court for the Western District of New York, and there are no pending disciplinary proceedings against me in any state or federal court.

3.        My address is: Robert Ross Fogg, Law Office of Robert Ross Fogg, Esq., LL.M., 69 Delaware Avenue, Suite 600, Buffalo, New York 14202.

4.        My telephone number is (716) 853-3644.

5.        My e-mail address is rfogg@rfogglaw.com.

Dated:    Buffalo, New York                          Respectfully Submitted,
              September 29, 2013

                                                         By: /s/ Robert Ross Fogg

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                                             *Plaintiff,*

                    v.                              CASE No: 1:12-CR-00876-ALC

PAUL D. CEGLIA

                                        *Defendants.*

**CERTIFICATE OF SERVICE**

        I HEREBY CERTIFY that the foregoing document is being served via transmission of Notice of

Electronic Filing generated by CM/ECF on all counsel of record who are authorized to receive

electronically Notices of Electronic Filing in this criminal case on September 29, 2014.

Dated:    September 29, 2014                    Respectfully Submitted,

                                               By: /s/ Robert Ross Fogg