AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )   Case No.   1:12-cr-00876-ALC |
| PAUL D. CEGLIA | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Paul D. Ceglia

Date:   09/30/2014

*Attorney's signature*

Robert Ross Fogg, NYReg #4044426
*Printed name and bar number*

Law Office of Robert Ross Fogg, Esq., LL.M.
69 Delaware Avenue, Suite 600
Buffalo, New York 14202
*Address*

rfogg@rfogglaw.com
*E-mail address*

(716) 853-3644
*Telephone number*

(716) 852-6782
*FAX number*

Sworn before me this
30th day of Sept. 2014
My commission exp. 2/14/18

Carol Gruber

Carol Gruber
Notary Public, State of New York
Qualified in Erie County
My Commission Expires 2/14/20 18