UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

UNITED STATES OF AMERICA,                  :

                                -against-                    :        12 Cr. 876 (ALC)

                                              :        <u>ORDER</u>

PAUL CEGLIA,                               :

                                        Defendant.  :

------------------------------------------------------------ X

**ANDREW L. CARTER, JR., District Judge:**

       Due to a conflict with the Court's schedule, the hearing previously set for October 24, 2014 at 11:00 a.m. is ADJOURNED to October 23, 2014 at 10:30 a.m. The parties should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1306 on the above mentioned date and time.

**SO ORDERED.**

Dated:    New York, New York
            October 21, 2014

                                                                 **ANDREW L. CARTER, JR.**
                                                                 **United States District Judge**