**ROBERT ROSS FOGG, ESQ., LL.M.**
Attorney and Counselor at Law

69 Delaware Ave., Suite 600
Buffalo, New York  14202
(716) 853-FOGG (3644)
Fax:     (716) 852-6782

November 11, 2014


Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007


   Re: United States v Paul Ceglia
      Case No.: 1:12-cr-000876


Your Honor:

  As directed, I have contacted the attorneys for DLA Piper and have asked that they produce the remaining privileged logs, for which they have forwarded the same to me and I have enclosed for your review.

             Respectfully yours,

             *Robert Ross Fogg*

             Robert Ross Fogg

/rrf

Enclosures

cc: Janis Echenberg, AUSA
   Paul Ceglia