

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York  10020-1104
www.dlapiper.com

John M. Hillebrecht
John.hillebrecht@dlapiper.com
T  212.335.4590
F  917.778.8590

VIA E-MAIL

November 11, 2014

AUSA Niketh Velamoor
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, NY  10007

Re:   Grand Jury Subpoena to DLA Piper LLP (US), dated December 11, 2012

Dear AUSA Velamoor:

We write on behalf of DLA Piper LLP (US) ("DLA Piper" or the "Firm") and in connection with the Grand Jury Subpoena, dated December 11, 2012, directed to the Firm (the "Subpoena").  As previously discussed, we expected to produce to you on October 30, 2014, the additional documents responsive to the Subpoena, pursuant to the parameters to which we previously agreed.  A copy of the cover letter I anticipated sending with that production (dated October 30, 2014) is attached.  In the event, we did not produce those documents on October 30 given the statement from Mr. Ceglia's current criminal lawyer (Robert Fogg) expressing the desire that we not do so.  Pursuant to the Court's November 5, 2014, memo endorsement, we now attach a privilege log for those documents, which bear control numbers DLACegliaPriv0022868 to DLACegliaPriv000023654 (the "Privileged Documents").  These documents are protected by the attorney-client privilege and/or attorney work product doctrine.

If I can be of further assistance, please do not hesitate to contact me.

Very truly yours,

John M. Hillebrecht

Enclosures

cc:  Robert Ross Fogg, Esq.
     69 Delaware Avenue
     Suite 600
     Buffalo, NY  14202