# Privilege Log of DLA Piper LLP (US) – Proposed Second Wall Production
## In Response to the Grand Jury Subpoena in U.S. v. Paul Ceglia, dated December 11, 2012
### November 11, 2014

| No. | Bates No. | Date | From | To | CC | Document Type | Description | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| 1. | DLACegliaPriv0022937-DLACegliaPriv0022940 | 6/23/2011 | Christopher P. Hall, Esq.; Kevin Cross, Esq. | Kevin Cross, Esq.; Dennis Vacco, Esq.; Christopher P. Hall, Esq.; Carrie Parikh, Esq.; Richard Scherer, Esq.; Robert Brownlie, Esq.; Jerry Trippitelli, Esq.; Mike McMahan, Esq.; Kip Guthrie, Esq.; Brian Kiefer, Esq. | | E-mail chain | E-mail chain reflecting statement of legal advice regarding case strategy in context of ongoing and anticipated litigation. | AC;WP |
| 2. | DLACegliaPriv0022941-DLACegliaPriv0023098 | 6/17/2011 | Robert Brownlie, Esq.; Mike McMahan, Esq.; Carrie Parikh, Esq. | Kip Guthrie, Esq.; Brian Kiefer, Esq.; Carrie Parikh, Esq.; Dennis Vacco, Esq.; Kevin Cross, Esq.; Richard Scherer, Esq.; Christopher P. Hall, Esq.; Robert Brownlie, Esq.; Jerry Trippitelli, Esq.; Mike McMahan, Esq. | Christopher P. Hall, Esq.; Dennis Vacco, Esq. | E-mail chain | E-mail chain reflecting statement of legal advice regarding cross motion for expedited discovery papers in context of ongoing and anticipated litigation and attaching motion papers and certificate of service. | AC;WP |
| 3. | DLACegliaPriv0023099-DLACegliaPriv0023111 | 6/17/2011 | Mike McMahan, Esq.; Jerry Trippitelli, Esq. | Christopher P. Hall, Esq.; Robert Brownlie, Esq.; Carrie Parikh, Esq.; Mike McMahan, Esq.; Dennis Vacco, Esq.; Kevin Cross, Esq.; Richard Scherer, Esq. | Robert Brownlie, Esq. | E-mail | E-mail reflecting statement of legal advice regarding expert declaration in context of ongoing and anticipated litigation and attaching e-mail and declaration with exhibit reflecting same. | AC;WP |

1

# Privilege Log of DLA Piper LLP (US) – Proposed Second Wall Production
## In Response to the Grand Jury Subpoena in U.S. v. Paul Ceglia, dated December 11, 2012
### November 11, 2014

| No. | Bates No. | Date | From | To | CC | Document Type | Description | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| 4. | DLACegliaPriv0023112-DLACegliaPriv0023141 | 6/17/2011 | Christopher P. Hall, Esq.; Mike McMahan, Esq.; Robert Brownlie, Esq. | Dennis Vacco, Esq.; Kevin Cross, Esq.; Richard Scherer, Esq.; Carrie Parikh, Esq.; Christopher P. Hall, Esq.; Mike McMahan, Esq. | Robert Brownlie, Esq.; Mike McMahan, Esq.; Carrie Parikh, Esq.; Jerry Trippitelli, Esq.; Christopher P. Hall, Esq. | E-mail chain | E-mail chain reflecting statement of legal advice regarding cross motion for expedited discovery in context of ongoing and anticipated litigation and attaching draft memorandum reflecting same. | AC;WP |
| 5. | DLACegliaPriv0023142-DLACegliaPriv0023144 | 6/17/2011 | Christopher P. Hall, Esq.; Paul Ceglia; Robert Brownlie, Esq. | Robert Brownlie, Esq.; Dennis Vacco, Esq.; Carrie Parikh, Esq.; Mike McMahan, Esq.; Paul Ceglia | Kevin Cross, Esq.; Paul Argentieri, Esq.; Christopher P. Hall, Esq. | E-mail chain | E-mail chain reflecting statement of legal advice regarding client declaration in context of ongoing and anticipated litigation. | AC;WP |
| 6. | DLACegliaPriv0023145-DLACegliaPriv0023152 | 6/17/2011 | Jerry Trippitelli, Esq. | Christopher P. Hall, Esq.; Robert Brownlie, Esq.; Carrie Parikh, Esq.; Mike McMahan, Esq.; Dennis Vacco, Esq.; Kevin Cross, Esq.; Richard Scherer, Esq. | | E-mail | E-mail reflecting statement of legal advice regarding expert declaration in context of ongoing and anticipated litigation and attaching declaration and exhibit reflecting same. | AC;WP |
| 7. | DLACegliaPriv0023153 | 6/17/2011 | Christopher P. Hall, Esq.; Robert Brownlie, Esq. | Robert Brownlie, Esq.; Paul Ceglia | Kevin Cross, Esq.; Dennis Vacco, Esq.; Carrie Parikh, Esq.; Mike | E-mail chain | E-mail chain reflecting statement of legal advice regarding client declaration in | AC;WP |

# Privilege Log of DLA Piper LLP (US) – Proposed Second Wall Production
## In Response to the Grand Jury Subpoena in U.S. v. Paul Ceglia, dated December 11, 2012
## November 11, 2014

| No. | Bates No. | Date | From | To | CC | Document Type | Description | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| | | | | McMahan, Esq.; Jerry Trippitelli, Esq.; Christopher P. Hall, Esq. | | | context of ongoing and anticipated litigation. | |
| 8. | DLACegliaPriv0023154-DLACegliaPriv0023172 | 6/16/2011 | Christopher P. Hall, Esq.; Jerry Trippitelli, Esq.; John Evans | Dennis Vacco, Esq.; Kevin Cross, Esq.; Robert Brownlie, Esq.; Jerry Trippitelli, Esq.; Mike McMahan, Esq.; Carrie Parikh, Esq.; Richard Scherer, Esq.; Christopher P. Hall, Esq.; John Evans | Robert Brownlie, Esq. | E-mail chain | E-mail chain reflecting statement of legal advice regarding expert declaration in context of ongoing and anticipated litigation and attaching draft declaration and exhibits regarding same. | AC;WP |
| 9. | DLACegliaPriv0023173-DLACegliaPriv0023179 | 6/16/2011 | Christopher P. Hall, Esq.; Carrie Parikh, Esq.; Jody Strimling-Muchow | Dennis Vacco, Esq.; Kevin Cross, Esq.; Robert Brownlie, Esq.; Jerry Trippitelli, Esq.; Christopher P. Hall, Esq.; Carrie Parikh, Esq.; Mike McMahan, Esq.; Richard Scherer, Esq. | Carrie Parikh, Esq.; Mike McMahan, Esq. | E-mail chain | E-mail chain reflecting statement of legal advice regarding attorney declaration in context of ongoing and anticipated litigation and attaching draft declaration regarding same. | AC;WP |
| 10. | DLACegliaPriv0023180-DLACegliaPriv0023185 | 6/15/2011 | Christopher P. Hall, Esq.; Jody Strimling-Muchow | Dennis Vacco, Esq.; Kevin Cross, Esq.; Robert Brownlie, Esq.; Jerry Trippitelli, Esq.; Carrie Parikh, Esq.; Mike McMahan, Esq.; Richard Scherer, Esq.; Christopher P. Hall, | | E-mail chain | E-mail chain reflecting statement of legal advice regarding attorney declaration in context of ongoing and anticipated litigation and | AC;WP |

3

**Privilege Log of DLA Piper LLP (US) – Proposed Second Wall Production
In Response to the Grand Jury Subpoena in U.S. v. Paul Ceglia, dated December 11, 2012
November 11, 2014**

| No. | Bates No. | Date | From | To | CC | Document Type | Description | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  | Esq. |  |  | attaching draft declaration reflecting same. |  |
| 11. | DLACegliaPriv0023186-DLACegliaPriv0023192 | 6/13/2011 | Robert Brownlie, Esq. | Christopher P. Hall, Esq. |  | E-mail | E-mail reflecting statement of legal advice regarding consultant's factual investigation in context of ongoing and anticipated litigation and attaching e-mails and documents reflecting same. | AC;WP |
| 12. | DLACegliaPriv0023193-DLACegliaPriv0023199 | 6/7/2011 | Christopher P. Hall, Esq.; Carrie Parikh, Esq. | Dennis Vacco, Esq.; Kevin Cross, Esq.; Christopher P. Hall, Esq.; Robert Brownlie, Esq.; Jerry Trippitelli, Esq.; John Allcock, Esq. | Carrie Parikh, Esq. | E-mail chain | E-mail chain reflecting statement of legal advice regarding opposition to motion for expedited discovery in context of ongoing and anticipated litigation and attaching memorandum reflecting same. | AC;WP |
| 13. | DLACegliaPriv0023200-DLACegliaPriv0023203 | 6/7/2011 | Carrie Parikh, Esq.; Jerry Trippitelli, Esq. | Christopher P. Hall, Esq.; Carrie Parikh, Esq.; Dennis Vacco, Esq.; Kevin Cross, Esq.; Jerry Trippitelli, Esq. |  | E-mail chain | E-mail chain reflecting statement of legal advice regarding expedited discovery in context of ongoing and anticipated litigation and attaching draft letter regarding | AC;WP |

**Privilege Log of DLA Piper LLP (US) – Proposed Second Wall Production**
**In Response to the Grand Jury Subpoena in U.S. v. Paul Ceglia, dated December 11, 2012**
**November 11, 2014**

| No. | Bates No. | Date | From | To | CC | Document Type | Description | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | same. | |
| 14. | DLACegliaPriv0023204-DLACegliaPriv0023208 | 6/6/2011 | Christopher P. Hall, Esq. | Christopher P. Hall, Esq.; Dennis Vacco, Esq.; Kevin Cross, Esq.; Robert Brownlie, Esq.; Jerry Trippitelli, Esq.; Carrie Parikh, Esq.; Frank Burch, Esq.; Terry O'Malley, Esq.; William J. Campbell, Esq. | Robert Brownlie, Esq.; Jerry Trippitelli, Esq. | E-mail chain | E-mail chain reflecting statement of legal advice regarding expedited discovery in context of ongoing and anticipated litigation. | AC;WP |
| 15. | DLACegliaPriv0023209-DLACegliaPriv0023216 | 6/5/2011 | Christopher P. Hall, Esq.; Kip Guthrie, Esq.; Brian Kiefer, Esq.; Dennis Vacco, Esq. | Kip Guthrie, Esq.; Christopher P. Hall, Esq.; Brian Kiefer, Esq.; Dennis Vacco, Esq.; Robert Brownlie, Esq.; Jerry Trippitelli, Esq.; John Allcock, Esq.; Carrie Parikh, Esq. | Kevin Cross, Esq.; Richard Scherer, Esq.; Jodi Joung; John Corey; Aaron Schoenherr | E-mail chain | E-mail chain reflecting statement of legal advice regarding factual investigation, answer and media strategy in context of ongoing and anticipated litigation. | AC;WP |
| 16. | DLACegliaPriv0023217-DLACegliaPriv0023219 | 6/2/2011 | Christopher P. Hall, Esq.; Dennis Vacco, Esq.; Robert Brownlie, Esq. | Dennis Vacco, Esq.; Robert Brownlie, Esq.; Kevin Cross, Esq.; Frank Burch, Esq.; Christopher P. Hall, Esq.; John Allcock, Esq. | Jerry Trippitelli, Esq.; Christopher P. Hall, Esq.; Kip Guthrie, Esq.; Ted Mills; Kristen Griffin; Brian Kiefer, Esq.; William J. Campbell, Esq. | E-mail chain | E-mail chain reflecting a statement of legal advice regarding motion to expedite discovery and media strategy in context of ongoing and anticipated litigation. | AC;WP |
| 17. | DLACegliaPriv0023220-DLACegliaPriv0023221 | 6/2/2011 | Dennis Vacco, Esq.; Richard | Jerry Trippitelli, Esq.; Robert Brownlie, Esq.; | | E-mail chain | E-mail chain reflecting a | AC;WP |

# Privilege Log of DLA Piper LLP (US) – Proposed Second Wall Production
## In Response to the Grand Jury Subpoena in U.S. v. Paul Ceglia, dated December 11, 2012
## November 11, 2014

| No. | Bates No. | Date | From | To | CC | Document Type | Description | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| | | | Scherer, Esq. | Christopher P. Hall, Esq.; Dennis Vacco, Esq.; Kevin Cross, Esq. | | | statement of legal advice regarding motion to expedite discovery and litigation strategy in context of ongoing and anticipated litigation. | |
| 18. | DLACegliaPriv0023222-DLACegliaPriv0023225 | 5/28/2011 | Christopher P. Hall, Esq.; Brian Kiefer, Esq.; Michael Wooten | Dennis Vacco, Esq.; Robert Brownlie, Esq.; Kevin Cross, Esq.; Christopher P. Hall, Esq.; Brian Kiefer, Esq. | Jerry Trippitelli, Esq.; Kip Guthrie, Esq.; John Corey; Ted Mills; Kristen Griffin | E-mail chain | E-mail chain reflecting a statement of legal advice regarding motion to expedite discovery and litigation strategy in context of ongoing and anticipated litigation. | AC; WP |
| 19. | DLACegliaPriv0023226-DLACegliaPriv0023240 | 5/27/2011 | Jerry Trippitelli, Esq.; Christopher P. Hall, Esq.; Dennis Vacco, Esq.; Brian Kiefer, Esq.; Frank Burch, Esq. | Christopher P. Hall, Esq.; Jerry Trippitelli, Esq.; Dennis Vacco, Esq.; Robert Brownlie, Esq.; Brian Kiefer, Esq.; Frank Burch, Esq.; Terry O'Malley, Esq. | Kevin Cross, Esq.; Richard Scherer, Esq.; Carrie Parikh, Esq.; Jerry Trippitelli, Esq.; Kip Guthrie, Esq.; John Corey; Ted Mills; Kristen Griffin; Robert Brownlie, Esq. | E-mail chain | E-mail chain reflecting a statement of legal advice regarding litigation strategy and media strategy in context of ongoing and anticipated litigation. | AC;WP |
| 20. | DLACegliaPriv0023241-DLACegliaPriv0023254 | 5/27/2011 | Dennis Vacco, Esq.; Brian Kiefer, Esq.; Christopher P. Hall, Esq.; Robert Brownlie, | Brian Kiefer, Esq.; Christopher P. Hall, Esq.; Robert Brownlie, Esq.; Dennis Vacco, Esq.; Frank Burch, | Jerry Trippitelli, Esq.; Kip Guthrie, Esq.; John Corey; Ted Mills; Kristen | E-mail chain | E-mail chain reflecting a statement of legal advice regarding answer, forensic | AC; WP |

**Privilege Log of DLA Piper LLP (US) – Proposed Second Wall Production**
**In Response to the Grand Jury Subpoena in U.S. v. Paul Ceglia, dated December 11, 2012**
**November 11, 2014**

| No. | Bates No. | Date | From | To | CC | Document Type | Description | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
|  |  |  | Esq.; Frank Burch, Esq. | Esq.; Terry O'Malley, Esq. | Griffin; Kevin Cross, Esq.; Dennis Vacco, Esq.; Robert Brownlie, Esq. |  | analysis and media strategy in context of ongoing and anticipated litigation. |  |
| 21. | DLACegliaPriv0023255-DLACegliaPriv0023258 | 4/29/2011 | Christopher P. Hall, Esq.; Kevin Cross, Esq. | Frank Burch, Esq.; Terry O'Malley, Esq.; Jerry Trippitelli, Esq.; Robert Brownlie, Esq.; Christopher P. Hall, Esq.; Paul Argentieri, Esq. | Dennis Vacco, Esq.; Richard Scherer, Esq.; Brendan H. Little, Esq. | E-mail chain | Redacted e-mail chain a statement of legal advice regarding litigation strategy in context of ongoing and anticipated litigation and attaching proposed stipulated order reflecting same. | AC; WP; DLA WP |
| 22. | DLACegliaPriv0023259-DLACegliaPriv0023296 | 4/11/2011 | Carrie Parikh, Esq. | Robert Brownlie, Esq.; Christopher P. Hall, Esq.; Jerry Trippitelli, Esq.; John Allcock, Esq. | Jody Strimling-Muchow | E-mail chain | Redacted e-mail chain reflecting a statement of legal advice regarding substitution of counsel and amended complaint in context of ongoing and anticipated litigation and attaching notice of substitution, complaint and exhibits, certificate of service and filing confirmations. | AC; WP; DLA WP |
| 23. | DLACegliaPriv0023297-DLACegliaPriv0023299 | 6/26/2011 | Westlaw@westlaw.com | Carrie Parikh, Esq. | Christopher P. Hall, Esq.; Robert Brownlie, | E-mail | E-mail reflecting attorney mental impressions | AC;WP |

**Privilege Log of DLA Piper LLP (US) – Proposed Second Wall Production
In Response to the Grand Jury Subpoena in U.S. v. Paul Ceglia, dated December 11, 2012
November 11, 2014**

| No. | Bates No. | Date | From | To | CC | Document Type | Description | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Esq.; Jerry Trippitelli, Esq.; Dennis Vacco, Esq.; Kevin Cross, Esq.; Mike McMahan, Esq. |  | regarding factual investigation in context of ongoing and anticipated litigation and attaching Bloomberg News article reflecting same. |  |
| 24. | DLACegliaPriv0023300-DLACegliaPriv0023303 | 5/27/2011 | Christopher P. Hall, Esq.; James Damiano | David Zimmerman; Suzanne Osbourne; Elizabeth Fitzgerald; James Damiano; Christopher P. Hall, Esq.; Carrie Parikh, Esq.; Paul Argentieri, Esq.; Dennis Vacco, Esq.; Kevin Cross, Esq. | Robert Brownlie, Esq.; Dennis Vacco, Esq.; Jerry Trippitelli, Esq.; Carrie Parikh, Esq. | E-mail chain | E-mail chain reflecting a statement of legal advice regarding factual investigation in context of ongoing and anticipated litigation. | AC; WP |
| 25. | DLACegliaPriv0023304-DLACegliaPriv0023305 | 5/26/2011 | Christopher P. Hall, Esq.; James Damiano | Carrie Parikh, Esq.; Dennis Vacco, Esq.; Kevin Cross, Esq.; Christopher P. Hall, Esq.; Paul Argentieri, Esq. | Robert Brownlie, Esq.; Jerry Trippitelli, Esq.; John Allcock, Esq. | E-mail chain | E-mail chain reflecting a statement of legal advice regarding factual investigation in context of ongoing and anticipated litigation. | AC; WP |
| 26. | DLACegliaPriv0023306-DLACegliaPriv0023308 | 4/18/2011 | Jerry Trippitelli, Esq.; Carrie Parikh, Esq.; Sandy Goldstein | Jerry Trippitelli, Esq.; Sandy Goldstein; Carrie Parikh, Esq. | Carrie Parikh, Esq. | E-mail chain | E-mail reflecting statement of legal advice regarding forensic analysis in context of ongoing and anticipated litigation. | AC;WP |

# Privilege Log of DLA Piper LLP (US) – Proposed Second Wall Production
## In Response to the Grand Jury Subpoena in U.S. v. Paul Ceglia, dated December 11, 2012
## November 11, 2014

| No. | Bates No. | Date | From | To | CC | Document Type | Description | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| 27. | DLACegliaPriv0023309-DLACegliaPriv0023316 | 4/11/2011 | Marcus L. Griffin; Jody Strimling-Muchow | Jody Strimling-Muchow; Marcus L. Griffin; | Docketing New York (DLA Piper); Carrie Parikh, Esq.; Christopher P. Hall, Esq.; Robert Brownlie, Esq. | E-mail chain | Redacted e-mail chain reflecting statement of legal advice regarding amended complaint in context of ongoing and anticipated litigation and attaching filing confirmations. | AC;WP; DLA WP |
| 28. | DLACegliaPriv0023317-DLACegliaPriv0023347 | 4/11/2011 | Jody Strimling-Muchow | Marcus L. Griffin | Docketing New York (DLA Piper); Carrie Parikh, Esq.; Christopher P. Hall, Esq.; Robert Brownlie, Esq. | E-mail | Redacted e-mail reflecting statement of legal advice regarding amended complaint in context of ongoing and anticipated litigation and attaching amended complaint, exhibits and certificate of service. | AC;WP; DLA WP |
| 29. | DLACegliaPriv0023348-DLACegliaPriv0023477 | 4/7/2011 | Robert Brownlie, Esq.; Paul Argentieri, Esq.; Terrence Connors, Esq. | Carrie Parikh, Esq.; Robert Brownlie, Esq. | Jerry Trippitelli, Esq. | E-mail | E-mail reflecting statement of legal advice regarding factual investigation in context of ongoing and anticipated litigation and attaching several documents from co-counsel reflecting attorney mental impressions regarding same. | AC;WP |

9

# Privilege Log of DLA Piper LLP (US) – Proposed Second Wall Production
## In Response to the Grand Jury Subpoena in U.S. v. Paul Ceglia, dated December 11, 2012
### November 11, 2014

| No. | Bates No. | Date | From | To | CC | Document Type | Description | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| 30. | DLACegliaPriv0022868-DLACegliaPriv0022870 | 4/22/2011 | John Allcock, Esq.; Christopher P. Hall, Esq.; Jerry Trippitelli, Esq. | Christopher P. Hall, Esq.; Jerry Trippitelli, Esq.; Robert Brownlie, Esq.; Dennis Vacco, Esq.; John Allcock, Esq. | Kevin Cross, Esq.; Christopher P. Hall, Esq. | E-mail chain | E-mail chain reflecting statement of legal advice regarding factual investigation in context of ongoing and anticipated litigation. | AC;WP |
| 31. | DLACegliaPriv0022871-DLACegliaPriv0022878 | 4/12/2011 | John Allcock, Esq.; Dennis Vacco, Esq.; Robert Brownlie, Esq.; Jerry Trippitelli, Esq.; Paul Ceglia; Aaron Marks, Esq. | Dennis Vacco, Esq.; Robert Brownlie, Esq.; Jerry Trippitelli, Esq.; Paul Argentieri, Esq.; Christopher P. Hall, Esq.; Carrie Parikh, Esq.; Kevin Cross, Esq.; John Allcock, Esq.; Paul Ceglia | | E-mail chain | E-mail chain reflecting statement of legal advice regarding litigation strategy and media strategy in context of ongoing and anticipated litigation. | AC;WP |
| 32. | DLACegliaPriv0023535-DLACegliaPriv0023540 | 6/16/2011 | Richard Scherer, Esq.; Jerry Trippitelli, Esq.; John Evans | Jerry Trippitelli, Esq.; Richard Scherer, Esq.; John Evans | | E-mail chain | E-mail chain reflecting statement of legal advice regarding expert declaration in context of ongoing and anticipated litigation. | AC;WP |
| 33. | DLACegliaPriv0023541-DLACegliaPriv0023580 | 6/16/2011 | Jerry Trippitelli, Esq. | Jim Vaughn; John Evans | | E-mail chain | E-mail chain reflecting statement of legal advice regarding expert declaration in context of ongoing and anticipated litigation and attaching draft declaration | AC;WP |

10

# Privilege Log of DLA Piper LLP (US) – Proposed Second Wall Production
## In Response to the Grand Jury Subpoena in U.S. v. Paul Ceglia, dated December 11, 2012
### November 11, 2014

| No. | Bates No. | Date | From | To | CC | Document Type | Description | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | reflecting same. | |
| 34. | DLACegliaPriv0023581-DLACegliaPriv0023582 | 6/7/2011 | Kevin Cross, Esq.; Paul Ceglia | Paul Ceglia; Kevin Cross, Esq. | Dennis Vacco, Esq. | E-mail chain | E-mail chain reflecting statement of legal advice regarding litigation strategy in context of ongoing and anticipated litigation. | AC;WP |
| 35. | DLACegliaPriv0023583-DLACegliaPriv0023591 | 6/7/2011 | Jerry Trippitelli, Esq.; Christopher P. Hall, Esq.; Robert Brownlie, Esq.; Brian Kiefer, Esq.; Kip Guthrie, Esq.; Dennis Vacco, Esq. | Christopher P. Hall, Esq.; Robert Brownlie, Esq.; Brian Kiefer, Esq.; Kip Guthrie, Esq.; Dennis Vacco, Esq.; John Allcock, Esq.; Carrie Parikh, Esq.; Jerry Trippitelli, Esq. | Kevin Cross, Esq.; Richard Scherer, Esq.; Jodi Joung; John Corey; Aaron Schenherr | E-mail chain | E-mail chain reflecting statement of legal advice regarding factual investigation, expedited discovery and media strategy in context of ongoing and anticipated litigation. | AC;WP |
| 36. | DLACegliaPriv0023592-DLACegliaPriv0023600 | 5/26/2011 | Christopher P. Hall, Esq.; Brian Kiefer, Esq.; Frank Burch, Esq. | Brian Kiefer, Esq.; Frank Burch, Esq.; Christopher P. Hall, Esq.; Terry O'Malley, Esq. | Robert Brownlie, Esq.; Jerry Trippitelli, Esq.; Kip Guthrie, Esq.; John Corey; Dennis Vacco, Esq.; Brian Kiefer, Esq. | E-mail chain | E-mail chain reflecting statement of legal advice regarding answer and media strategy in context of ongoing and anticipated litigation. | AC;WP |
| 37. | DLACegliaPriv0023601-DLACegliaPriv0023605 | 5/19/2011 | Jerry Trippitelli, Esq.; Christopher P. Hall, Esq.; Dennis Vacco, Esq. | Christopher P. Hall, Esq.; Dennis Vacco, Esq.; Jerry Trippitelli, Esq. | Kevin Cross, Esq.; Robert Brownlie, Esq.; Jerry Trippitelli, | E-mail chain | E-mail chain reflecting statement of legal advice regarding litigation | AC;WP |

11

# Privilege Log of DLA Piper LLP (US) – Proposed Second Wall Production
## In Response to the Grand Jury Subpoena in U.S. v. Paul Ceglia, dated December 11, 2012
### November 11, 2014

| No. | Bates No. | Date | From | To | CC | Document Type | Description | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| | | | | | Esq. | | strategy in context of ongoing and anticipated litigation. | |
| 38. | DLACegliaPriv0023606 | 5/17/2011 | Robert Brownlie, Esq. | Paul Ceglia | Paul Argentieri, Esq.; Dennis Vacco, Esq.; Christopher P. Hall, Esq.; Kevin Cross, Esq. | E-mail | E-mail reflecting statement of legal advice regarding litigation strategy in context of ongoing and anticipated litigation. | AC;WP |
| 39. | DLACegliaPriv0023607-DLACegliaPriv0023629 | 4/27/2011 | Jerry Trippitelli, Esq.; Christopher P. Hall, Esq.; Dennis Vacco, Esq.; Aaron Marks, Esq. | Christopher P. Hall, Esq.; Dennis Vacco, Esq.; Jerry Trippitelli, Esq.; Aaron Marks, Esq. | Robert Brownlie, Esq.; John Allcock, Esq.; Dennis Vacco, Esq.; Paul Argentieri, Esq.; Christopher P. Hall, Esq.; Kevin Cross, Esq.; David A. Lewis; Michael S. Shuster, Esq. | E-mail chain | E-mail chain reflecting statement of legal advice regarding factual investigation in context of ongoing and anticipated litigation. | AC; WP |
| 40. | DLACegliaPriv0023630-DLACegliaPriv0023649 | 4/27/2011 | Christopher P. Hall, Esq.; Aaron Marks, Esq.; Jerry Trippitelli, Esq.; Dennis Vacco, Esq. | Jerry Trippitelli, Esq.; Aaron Marks, Esq.; Dennis Vacco, Esq.; Christopher P. Hall, Esq. | Paul Argentieri, Esq.; Robert Brownlie, Esq.; John Allcock, Esq.; Dennis Vacco, Esq.; Christopher P. Hall, Esq.; Kevin Cross, Esq.; David A. Lewis, Esq.; Michael S. Shuster, Esq. | E-mail chain | E-mail chain reflecting statement of legal advice regarding factual investigation in context of ongoing and anticipated litigation. | AC; WP |

# Privilege Log of DLA Piper LLP (US) – Proposed Second Wall Production
## In Response to the Grand Jury Subpoena in U.S. v. Paul Ceglia, dated December 11, 2012
### November 11, 2014

| No. | Bates No. | Date | From | To | CC | Document Type | Description | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| 41. | DLACegliaPriv0023650-DLACegliaPriv0023653 | 4/20/2011 | Kevin Cross, Esq.; Jerry Trippitelli, Esq.; Paul Ceglia; Aaron Marks, Esq. | Jerry Trippitelli, Esq.; Kevin Cross, Esq.; Paul Argentieri, Esq.; Paul Ceglia | Paul Ceglia; Richard Scherer, Esq.; Dennis Vacco, Esq.; Jerry Trippitelli, Esq.; Paul Argentieri, Esq.; David A. Lewis, Esq.; Michael S. Shuster, Esq. | E-mail chain | E-mail chain reflecting statement of legal advice regarding factual investigation in context of ongoing and anticipated litigation. | AC;WP |
| 42. | DLACegliaPriv0023654-DLACegliaPriv0023656 | 4/19/2011 | Jerry Trippitelli, Esq. | Dennis Vacco, Esq.; Kevin Cross, Esq.; Richard Scherer, Esq.; Robert Brownlie, Esq.; John Allcock, Esq.; Christopher P. Hall, Esq.; Carrie Parikh, Esq. | | E-mail chain | E-mail chain reflecting statement of legal advice regarding factual investigation in context of ongoing and anticipated litigation. | AC;WP |
| 43. | DLACegliaPriv0022879-DLACegliaPriv0022880 | 6/24/2011 | Christopher P. Hall, Esq.; Carrie Parikh, Esq. | Carrie Parikh, Esq.; Christopher P. Hall, Esq.; Robert Brownlie, Esq. | Dennis Vacco, Esq. | E-mail chain | E-mail chain reflecting statement of legal advice regarding expedited discovery in context of ongoing and anticipated litigation. | AC;WP |
| 44. | DLACegliaPriv0022881 | 6/23/2011 | Robert Brownlie, Esq. | Christopher P. Hall, Esq.; Dennis Vacco, Esq. | | E-mail | E-mail chain reflecting statement of legal advice regarding litigation strategy in context of ongoing and anticipated litigation. | AC;WP |

# Privilege Log of DLA Piper LLP (US) – Proposed Second Wall Production
## In Response to the Grand Jury Subpoena in U.S. v. Paul Ceglia, dated December 11, 2012
## November 11, 2014

| No. | Bates No. | Date | From | To | CC | Document Type | Description | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| 45. | DLACegliaPriv0022882-DLACegliaPriv0022894 | 4/20/2011 | Jerry Trippitelli, Esq. | Robert Brownlie, Esq.; John Allcock, Esq.; Christopher P. Hall, Esq.; Carrie Parikh, Esq.; Kevin Cross, Esq.; Richard Scherer, Esq. | | E-mail | E-mail reflecting statement of legal advice regarding forensic analysis in context of ongoing and anticipated litigation and attaching spreadsheet regarding same. | AC;WP |
| 46. | DLACegliaPriv0022895-DLACegliaPriv0022900 | 4/13/2011 | Robert Brownlie, Esq.; Paul Ceglia; Brian Halpin; Aaron Marks, Esq. | Dennis Vacco, Esq.; Jerry Trippitelli, Esq.; Robert Brownlie, Esq.; Aarong Marks, Esq.; Michael S. Shuster; Paul Ceglia | Paul Argentieri, Esq.; Michael S. Shuster; David A. Lewis | E-mail chain | E-mail chain reflecting statement of legal advice regarding factual investigation in context of ongoing and anticipated litigation. | AC;WP |
| 47. | DLACegliaPriv0022901-DLACegliaPriv0022904 | 4/13/2011 | Robert Brownlie, Esq.; Christopher P. Hall, Esq.; Dennis Vacco, Esq.; Paul Ceglia | Christopher P. Hall, Esq.; Dennis Vacco, Esq.; Kevin Cross, Esq.; John Allcock, Esq.;Robert Brownlie, Esq. | | E-mail chain | E-mail chain reflecting statement of legal advice regarding litigation strategy in context of ongoing and anticipated litigation. | AC;WP |
| 48. | DLACegliaPriv0022905-DLACegliaPriv0022936 | 4/11/2011 | Robert Brownlie, Esq.; Jody Strimling-Muchow | Paul Argentieri, Esq.; Dennis Vacco, Esq.; Kevin Cross, Esq.; Marcus L. Griffin | Docketing New York (DLA Piper); Carrie Parikh, Esq.; Christopher P. Hall, Esq.; Robert Brownlie, Esq. | E-mail chain | E-mail chain reflecting statement of legal advice regarding amended complaint in context of ongoing and anticipated litigation and attaching amended | AC;WP |

**Privilege Log of DLA Piper LLP (US) – Proposed Second Wall Production
In Response to the Grand Jury Subpoena in U.S. v. Paul Ceglia, dated December 11, 2012
November 11, 2014**

| No. | Bates No. | Date | From | To | CC | Document Type | Description | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | complaint and exhibits, certificate of service and notice of substitution of counsel. | |
| 49. | DLACegliaPriv0023478- DLACegliaPriv0023482 | 4/14/2011 | Robert Brownlie, Esq.; Lisa Clements | Jerry Trippitelli, Esq.; Robert Brownlie, Esq. | Christopher P. Hall, Esq.; Dennis Vacco, Esq.; John Allcock, Esq. | E-mail chain | E-mail chain reflecting statement of legal advice regarding forensic analysis in context of ongoing and anticipated litigation and attaching report reflecting same. | AC;WP |
| 50. | DLACegliaPriv0023483- DLACegliaPriv0023533 | 4/15/2011 | Jerry Trippitelli, Esq. | Kevin Cross, Esq.; Robert Brownlie, Esq.; John Allcock, Esq.; Christopher P. Hall, Esq. | | E-mail chain | E-mail chain reflecting statement of legal advice regarding factual investigation in context of ongoing and anticipated litigation and attaching compilation of documents based on attorney's mental impressions reflecting same. | AC;WP |
| 51. | DLACegliaPriv0023534 | 4/15/2011 | Robert Brownlie, Esq.; Christopher P. Hall, Esq. | Christopher P. Hall, Esq.; Robert Brownlie, Esq.; Dennis Vacco, Esq. | Jerry Trippitelli, Esq.; John Allcock, Esq.; Carrie Parikh, Esq.; Christopher P. Hall, Esq. | E-mail chain | Redacted e-mail chain reflecting statement of legal advice regarding litigation strategy in context of ongoing and anticipated | AC;WP; DLA WP |

15

**Privilege Log of DLA Piper LLP (US) – Proposed Second Wall Production
In Response to the Grand Jury Subpoena in U.S. v. Paul Ceglia, dated December 11, 2012
November 11, 2014**

| No. | Bates No. | Date | From | To | CC | Document Type | Description | Privilege Asserted |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | litigation. |  |