| | |
|---|---|
| **From:** | Law Office Of Robert Ross Fogg |
| **To:** | Velamoor, Niketh (USANYS) |
| **Subject:** | RE: U.S. v. Ceglia, 12 Cr. 876 (ALC) - Request For Order Regarding Additional DLA Piper Documents |
| **Date:** | Tuesday, November 04, 2014 5:13:26 PM |

Ok. Thanks

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: "Velamoor, Niketh (USANYS)"
Date:11/04/2014 5:01 PM (GMT-05:00)
To: Attorney Robert Ross Fogg
Subject: RE: U.S. v. Ceglia, 12 Cr. 876 (ALC) - Request For Order Regarding
Additional DLA Piper Documents

Robert,

You should discuss this issue with AUSA Echenberg.  Thanks.

Nik

---

**From:** Attorney Robert Ross Fogg [mailto:rfogg@rfogglaw.com]
**Sent:** Tuesday, November 04, 2014 4:12 PM
**To:** Velamoor, Niketh (USANYS)
**Subject:** RE: U.S. v. Ceglia, 12 Cr. 876 (ALC) - Request For Order Regarding Additional DLA Piper
Documents

Nik:

You wrote in your brief that the documents were subpoenaed.  If you don't know who authorized
them, then I would at least want to know who in the US Attorney's office would know the person
who authorized the subpoenas of documents that fall within Mr. Ceglia's exclusive privilege.

I want to know who was involved in that process and if you do not know please tell me who I should
speak to that could answer my question.

Thank you

Robert

**From:** Velamoor, Niketh (USANYS) [mailto:Niketh.Velamoor@usdoj.gov]
**Sent:** Tuesday, November 04, 2014 2:55 PM
**To:** Attorney Robert Ross Fogg
**Subject:** RE: U.S. v. Ceglia, 12 Cr. 876 (ALC) - Request For Order Regarding Additional DLA Piper Documents

Hello Robert,

I was not involved in that process and do not know that information.   It is also not clear to me that Mr. Ceglia would be entitled to that information even if I did know it.

Best,

Nik

**From:** Attorney Robert Ross Fogg [mailto:rfogg@rfogglaw.com]
**Sent:** Tuesday, November 04, 2014 1:04 PM
**To:** Velamoor, Niketh (USANYS)
**Subject:** RE: U.S. v. Ceglia, 12 Cr. 876 (ALC) - Request For Order Regarding Additional DLA Piper Documents

Good afternoon Nik

Can you please identify who within the Department of Justice authorized the issuance of subpoenas to Mr. Ceglia's former attorneys, DLA Piper and Kasowitz Benson?

Thank you.

Robert

---

**From:** Velamoor, Niketh (USANYS) [mailto:Niketh.Velamoor@usdoj.gov]
**Sent:** Friday, October 31, 2014 2:11 PM
**To:** ALCarterNYSDChambers@nysd.uscourts.gov
**Cc:** Attorney Robert Ross Fogg
**Subject:** U.S. v. Ceglia, 12 Cr. 876 (ALC) - Request For Order Regarding Additional DLA Piper Documents

Please see attached letter.

Respectfully submitted,

Niketh V. Velamoor

Assistant United States Attorney

Southern District of New York

One Saint Andrew's Plaza

New York, NY  10007

Tel: (212) 637-1076

Fax: (212) 637-2620

Niketh.Velamoor@usdoj.gov