UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
UNITED STATES OF AMERICA,                    :        1:12-cr-00876 (ALC)
:
:        **ORDER**
-against-                           :
:
PAUL CEGLIA,                                         :
                                    Defendant.   :
------------------------------------------------------------x

ANDREW L. CARTER, JR., United States District Judge:

    For the reasons stated on the record at the November 24, 2014 status conference, DLA Piper LLP is ordered to produce the remaining privileged documents at issue directly to the Court for *in camera* review.

Dated: December 1, 2014
    New York, New York

                                    ANDREW L. CARTER, JR.
                                    United States District Judge