

From mzuckerb@fas.harvard.edu Mon Aug 18 04:20:11 2003 -0400
Date: Mon, 18 Aug 2003 04:20:10 -0400 (EDT)
From: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu>
To: kazen@post.harvard.edu
Subject: update
Message-ID: <Pine.OSF.4.44.0308180409460.8717-100000@is01.fas.harvard.edu>
MIME-Version: 1.0
Content-Type: TEXT/PLAIN; charset=US-ASCII
Status: O
X-Status:
X-Keywords:
X-UID: 49

Jeff,

I imed you a couple of times but you never got back to me about whether
you were able to log into the server and if you set up the ftp server for
him and all that stuff. I'm adding links to the intersection search in
the backend now so hopefully I'll be able to upload when I'm done with
this.

One of the errors he was reporting was that Mike and Carol came up as a
search result every time he searched, but he refused to help me out at all
by giving me an example of a search he was doing. Fortunately, one of the

CONFIDENTIAL INFORMATION                                    000760

features of the site is to view recent searches (it logs searches) so I
was able to see what he was searching for. I ran about five of the
searches and only one of them came up with Mike and Carol as a result, and
it was not a mistake. So basically what I'm trying to say is he probably
has no idea what he's talking about with the errors he's reporting, so
rather than making yourself crazy while trying to find where you went
wrong, also consider that he might either be exagerating a small symptom
or he may just be retarded.

And a final thing -- from now on, I think emails regarding the project and
stuff (not little issues and questions) should only come from one source.
It just makes us seem more organized and professional and all that.
Basically, he got two of the same email in response to his last one
because we didn't communicate before sending it out. If you just let me
take care of that stuff it will probably look better for us. I'll consult
you if anything is questionable and I'll send you copies of my responses
to those emails. But hopefully there won't be many more of those. He's
only gotten this pissed once before, and that's when I sent him the
contract with all the penalty stipulations for if he didn't pay on time.
I think it's just an overreaction on his part to get us moving, and even
though he's stressed, I doubt he'd ever act on anything he's saying.
However, it's still important for us to respond forcefully. I think that
it might be prudent to -- after he has paid us most of our money --
to demand more money since the project has dragged on for so long. We
probably won't get it, but it will show that we too are not happy with the
situation and he'll have to play nice for a bit and really get on top of
paying us any remaining money he owes us. These are just the games people
play I guess. Oh well. I need to go to bed. Good night man.

Mark

From mzuckerb@fas.harvard.edu Mon Aug 18 04:50:27 2003 -0400
Date: Mon, 18 Aug 2003 04:50:27 -0400 (EDT)
From: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu>
To: paulceglia@msn.com
Subject: update
Message-ID: <Pine.OSF.4.44.0308180437400.8717-100000@is01.fas.harvard.edu>
MIME-Version: 1.0
Content-Type: TEXT/PLAIN; charset=US-ASCII
Status: O
X-Status:
X-Keywords:
X-UID: 50

CONFIDENTIAL INFORMATION                                    000761