```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
                                    Plaintiff,               :
                                                             :           12-CR-876 (VSB)
            - against -                                      :
                                                             :               ORDER
PAUL CEGLIA,                                                 :
                                                             :
                                    Defendant.               :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/2015

VERNON S. BRODERICK, United States District Judge:

Defendant and "Wall" Assistant United States Attorney Niketh Velamoor are hereby ordered to appear for a telephonic conference at 10:00 a.m. on Tuesday, January 20, 2015, regarding the Court's *in camera* review of documents withheld under a claim of attorney-client privilege.  Mr. Velamoor will provide a dial-in number.

SO ORDERED.

Dated: January 15, 2015
       New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge