UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

UNITED STATES,

                        Plaintiff,        Case No. 12-cr-876 (VSB)

-against-

                                      **MOTION FOR ADMISSION PRO HAC VICE**

PAUL D. CEGLIA,

                        Defendant.

_____

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Gil D. Messina, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for defendant Paul D. Ceglia in the above-captioned action.

      I am in good standing of the bar(s) of the state(s) of New Jersey and Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:  January 29, 2015                  Respectfully Submitted,

                                                  s/ Gil D. Messina
                                                  Gil D. Messina
                                                  MESSINA LAW FIRM, P.C.
                                                  961 Holmdel Road
                                                  Holmdel, NJ 07733

                                                  Tele.:   732-332-9300
                                                  Fax:    732-332-9301
                                                  gmessina@messinalawfirm.com