```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :
           - against –                                      :        12-CR-876 (VSB)
                                                            :
                                                            :              ORDER
PAUL CEGLIA,                                                :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/2015

VERNON S. BRODERICK, United States District Judge:

The following deadlines were set at the pretrial conference on Friday, January 30, 2015:

- Mr. Ceglia and Facebook shall meet and confer regarding the scope of Mr. Ceglia's proposed subpoena *duces tecum*. Mr. Ceglia and Facebook can include the Government in their meet and confer sessions. Either a status report or, if no agreement is reached, Facebook's objections to the proposed subpoena shall be due Friday, February 6, 2015. Mr. Ceglia's response to any objections shall be due Friday, February 13, 2015.

- Mr. Ceglia and the Government shall meet and confer regarding the confidentiality designation attached to Mr. Zuckerberg's August 18, 2003 email. Mr. Ceglia has already moved to lift the confidentiality designation on this document. Either a status report or, if no agreement is reached, the Government's opposition to removing the confidentiality designation shall be submitted by February 6, 2015. No further submissions from Mr. Ceglia on this issue are necessary.

- The Government shall disclose its expert witnesses by Wednesday, February 18, 2015.

- Mr. Ceglia shall disclose his expert witnesses by Thursday, March 5, 2015.

- Motions in limine are due Wednesday, April 1, 2015.

- Oppositions to motions in limine are due Wednesday, April 15, 2015.

- Replies regarding motions in limine are due Wednesday, April 22, 2015.

- Although I cannot order the early production of *Giglio* or Jencks Act material, I have suggested that the Government produce such material for the witnesses it intends to call in the first week of trial by Friday, April 4, 2015.  The Government has not committed to doing so, but it has committed to work toward that production date in principle and to inform Mr. Ceglia and the Court of its position in a timely fashion.

- Before filing motions other than those enumerated above, the parties shall file pre-motion letters of no more than three pages requesting leave to file the motion and setting forth the legal basis for the anticipated motion.  The opposing party shall file a responsive letter setting forth its position within three business days.

- I suggested that if the Government intends to offer evidence of Mr. Ceglia's oral communications with his prior attorneys, it should follow a similar process to the process it has implemented with regard to potentially privileged documents produced by Mr. Ceglia's former attorneys.

SO ORDERED.

Dated: February 2, 2015
New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge