**ROBERT ROSS FOGG, ESQ., LL.M.**
Attorney and Counselor at Law

69 Delaware Ave., Suite 600
Buffalo, New York 14202
(716) 853-FOGG (3644)
Fax: (716) 852-6782

February 7, 2015

Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

      **RE:**   *United States v. Paul Ceglia*, **Case No.: 12-cr-876 (VSB)**
            **Confidentiality of August 18, 2003 E-mail**

Dear Judge Broderick:

      I am pleased to report to Your Honor that counsel for the government and defendant have reached an agreement that will permit Mr. Ceglia to move to submit to the Second Circuit Court of Appeals the August 18, 2003 e-mail, which was marked "Confidential Information" by the government, for use in connection with his two pending civil appeals.

      We thank our colleagues for their cooperation in resolving this issue and the Court for affording us the opportunity to do so.

                                              Respectfully submitted,

                                              *s/ Robert Ross Fogg*
                                              Robert Ross Fogg, Esq.
                                              Attorney for Defendant, Paul Ceglia

RRF/gc

cc:     Alexander Wilson, AUSA
         Janis Echenberg, AUSA
         Paul Ceglia