USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                      :
UNITED STATES OF AMERICA,           :
                                      :
                                      :         12-CR-876 (VSB)
            - against -                :
                                      :            ORDER
PAUL CEGLIA,                             :
                                      :
                    Defendant.  :
                                      :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       The Court will hold a telephonic conference on Tuesday, February 17, 2015, at 11:30 a.m. to discuss the objections of Facebook, Inc. and Mark Zuckerberg to the proposed issuance of subpoenas duces tecum pursuant to Federal Rule of Criminal Procedure 17(c).  The Government will provide a dial-in number.

       At the most recent conference on January 30, 2015, Gil D. Messina appeared on the record as counsel for the Defendant.  When he appeared, Mr. Messina was not yet admitted *pro hac vice* to the Southern District of New York because the certificate of good standing he submitted in support of his motion for *pro hac vice* admission had expired.  I advised Mr. Messina that I would permit him to appear at the January 30, 2015 conference with the understanding that he would promptly address the deficiency in his motion, and I explained that Mr. Messina would not be able to appear again without being properly admitted.  Mr. Messina has not yet submitted a renewed motion for *pro hac vice* admission and has not responded to two attempts by the Court to contact him to check on the status of his motion.  Accordingly, Mr. Messina will not be permitted to appear at the telephonic conference on Tuesday, February 17, or

in any further proceedings in this matter, until he is admitted *pro hac vice* to practice in this District.

    SO ORDERED.

Dated: February 11, 2015
      New York, New York

                                            Vernon S. Broderick
                                            United States District Judge