**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

UNITED STATES,

                            Plaintiff,       Case No. 12-cr-876 (VSB)

-against-

                                       **MOTION FOR ADMISSION PRO HAC VICE**

PAUL D. CEGLIA,

                           Defendant.

_____

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Gil D. Messina, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for defendant Paul D. Ceglia in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of New Jersey and Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.  Attached hereto are current Certificates of Good Standing from both jurisdictions.

Dated:  February 17, 2015                 Respectfully Submitted,

                                        s/ Gil D. Messina
                                        Gil D. Messina
                                        MESSINA LAW FIRM, P.C.
                                        961 Holmdel Road
                                        Holmdel, NJ 07733

                                        Tele.:   732-332-9300
                                        Fax:     732-332-9301
                                        gmessina@messinalawfirm.com

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **GIL D MESSINA**

*(No.* **029661978** *) was constituted and appointed an Attorney at Law of New Jersey on* **September 25, 1979** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **11TH** *day of* **February** *, 20* **15**

_____

*Clerk of the Supreme Court*

-453e-

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the     **sixteenth**    day of   **December**   A.D.   **1977**   , said Court being the highest Court of Record in said Commonwealth:

## Gil D. Messina

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this   **twelfth**  day of  **February**  in the year of our Lord   **two thousand and fifteen.**

**MAURA S. DOYLE,** Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116