USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

PAUL CEGLIA,
                                    Defendant.

ORDER FOR THE ISSUANCE OF
SUBPOENA *DUCES TECUM*
PURSUANT TO RULE 17

12-cr-876 (VSB)

Upon the application of the defendant, Paul Ceglia, the annexed affirmation of Robert Ross Fogg, Esq., and finding good cause thereof, it is hereby

**ORDERED** that pursuant to Rule 17(c) of the Fed.R.Crim.P., the annexed subpoena be issued to the following:

Mark Elliot Zuckerberg
Facebook Inc.
1601 Willow Rd,
Menlo Park, CA 94025

Directing production of the following:

(1) All written contracts, agreements and addendums thereto, whether proposed, contemplated or in draft form, whether signed or not, endorsed or not, executed or not, including copies thereof, in whatever format, including electronic, paper, email or images thereof, between Mark Zuckerberg and Paul Ceglia or between companies managed or owned, in whole or part, by either Zuckerberg or Ceglia dating from January 1, 2003 through, up to and including July 29, 2004, without regard to the intended purpose or project covered therein.

(2) The specific contract referenced in Zuckerberg's Monday, August 18, 2003, email 04:20:11, bates stamp 000760-761, wherein Mr. Zuckerberg states '███████████████████████████████████████," and all copies thereof, no matter where the contract and its copies may reside and no matter what forms in which they may exist.

(3) All electronic communications of Mr. Zuckerberg in your custody, possession or control, with their attachments, between January 1, 2003 and July 29, 2004 that relate or make reference to Agreements no matter what form in which they exist.

(For the purpose of this paragraph, Agreements shall mean all written contracts, agreements and addendums thereto, whether proposed, contemplated or in draft form, whether signed or not, endorsed or not, executed or not, including copies thereof, in whatever format, including electronic, paper, email or images thereof, between Mark Zuckerberg and Paul Ceglia or between companies managed or owned, in whole or part, by either Zuckerberg or Ceglia dating from January 1, 2003 through, up to and including July 29, 2004, without regard to the intended purpose or project covered therein.)

**IT IS FURTHER ORDERED** that the subpoena be complied with no later than 12:00 AM /P.M. , March 16 , 2015 . The subpoena may be complied with by having the information addressed to the attention of Robert Ross Fogg via: fax to (716) 852-6782; email to rfogg@rfogglaw.com; or mail to the Law Office of Robert Ross Fogg, Esq., LL.M., 69 Delaware Avenue, Suite 600, Buffalo, NY 14202.

Dated: New York, New York
        February 20 , 2015

SO ORDERED: *Vernon Broderick*

HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE