**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 23 2015

Caption:
United States of America v.

Paul Ceglia

Docket No.: 1:12-cr-876 (VSB)
Hon. Vernon S. Broderick
(District Court Judge)

Notice is hereby given that defendant Paul Ceglia appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other | Memorandum and Order (Document 130) (specify) entered in this action on February 9, 2015.
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |___| Other [✔]

Defendant found guilty by plea | | trial | | N/A [✔].

Offense occurred after November 1, 1987? Yes |___| No |___| N/A [✔]

Date of sentence: _____ N/A [✔]

Bail/Jail Disposition: Committed |___| Not committed | | N/A [✔]

Appellant is represented by counsel? Yes [✔] No |___| If yes, provide the following information:

| | | |
|---|---|---|
| Defendant's Counsel: | Gil D. Messina | Robert Ross Fogg |
| Counsel's Address: | 961 Holmdel Rd. | 69 Delaware Ave., Ste.600 |
| | Holmdel, NJ  07733 | Buffalo, NY  14202 |
| Counsel's Phone: | 732-332-9300 | 716-940-5573 |
| Assistant U.S. Attorney: | Janis Echenberg | Alexander J. Wilson |
| AUSA's Address: | One St. Andrews Plaza | One St. Andrews Plaza |
| | New York, NY  10007 | New York, NY  10007 |
| AUSA's Phone: | 212-637-2597 | 212-637-2453 |

Signature