UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2015
```

-----------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
:
:
:                              12-CR-876 (VSB)
- against -                                 :
:                                 ORDER
PAUL CEGLIA,                                           :
:
           Defendant.          :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

   To ensure that Mr. Ceglia's Sixth Amendment right to counsel is protected, I am obligated to inquire regarding any possible conflict in representation between Mr. Ceglia and a witness in this case. *See, e.g.*, *United States v. Leslie*, 103 F.3d 1095, 1098 (2d Cir. 1997); *United States v. Gonzalez*, 105 F. Supp. 2d 220, 223-24 (S.D.N.Y. 2000). I am aware that Mr. Messina represents Paul Argentieri in a related civil matter. By March 12, 2015, the Government shall file a letter advising me whether it intends to call Mr. Argentieri, or any other person it knows to be presently or formerly represented by Mr. Fogg or Mr. Messina in matters related to this case, as a witness. I recognize, of course, that Mr. Ceglia need not present any evidence in his defense. However, Mr. Ceglia shall also file a letter by March 12, 2015 advising me whether he currently intends to call Mr. Argentieri, or anyone other than himself who is presently or was formerly represented by Mr. Fogg or Mr. Messina in matters related to this case, as a witness in his defense.

SO ORDERED.

Dated: March 6, 2015
       New York, New York

Vernon S. Broderick
United States District Judge