USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

PAUL CEGLIA,

                Defendants.

**ORDER**

No. 12-CR-876 (VSB)

VERNON S. BRODERICK, United States District Judge:

A pretrial conference is scheduled in this matter for March 10, 2015 at 11:00 a.m. in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Defendant's appearance will not be waived for this conference. However, Defendant's counsel is granted leave to appear telephonically. Counsel for the Defendant should contact my Deputy Ms. Williams to provide us with a contact number for the conference.

SO ORDERED.

Dated:    March 9, 2015
            New York, New York

Vernon S. Broderick
United States District Judge