```
                                           USDC SDNY
                                           DOCUMENT
                                           ELECTRONICALLY FILED
                                           DOC #:_____
                                           DATE FILED: 3/10/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :     12 Cr. 876 (VSB)
  UNITED STATES OF AMERICA,                :
                                           :         ORDER
                   -v-                     :
                                           :
  PAUL CEGLIA,                             :
                        Defendant.         :
                                           :
------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    For the reasons stated on the record, and defendant's failure to appear for a pretrial conference scheduled on March 10, 2015 as ordered by the court.

    It is hereby ORDERED that the defendant's bail is revoked.

Dated: March 10, 2015
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge