USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/15

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X
                                       :
UNITED STATES OF AMERICA               :    ORDER
                                       :
        -v.-                            :    12 Cr. 876 (VSB)
                                       :
PAUL CEGLIA,                           :
                                       :
              Defendant.               :
- - - - - - - - - - - - - - - - - - - X
```

VERNON S. BRODERICK, United States District Judge:

      WHEREAS, Defendant Paul Ceglia ("Ceglia") was arrested on October 26, 2012;

      WHEREAS, Ceglia was subsequently released on bail conditions including a $250,000 personal recognizance bond which is currently secured the following real property:

      (i)      2395 Merservey Hill Road, Wellsville, New York (Property Tax Id 251.-1-17) in Allegany County, New York, which is owned by Greenspring Properties, LLC;

      (ii)     44 ½ S. Brooklyn Avenue, Wellsville, New York (Property Tax Id 238.16-2-7) in Allegany County, New York, which is owned by Veronica Ceglia;

      (iii)    20 Clark Street, Wellsville, New York (Property Tax Id 238.16-3-21) in Allegany County, New York, which is

|       |                                                                 |
|-------|-----------------------------------------------------------------|
|       | owned by Veronica Ceglia;                                       |
| (iv)  | 50 S Brooklyn Avenue, Wellsville, New York (Property Tax Id 238.16-2-9) in Allegany County, New York, which is owned by Veronica Ceglia; |
| (v)   | 146 Scott Avenue, Wellsville, New York in Allegany County, New York (Property Tax Id 239.5-2-22.2), which is owned by Veronica Ceglia; and |
| (vi)  | 11 E Washington, Hornell, New York (Property Tax Id 151.56-02-003.000) in Steuben County, New York, which is owned by Veronica Ceglia |

(collectively, the "Properties"), and electronic monitoring;

WHEREAS, on or about March 6, 2015, Ceglia cut off his electronic monitoring bracelet and left his home in violation of the conditions of his bail, and is presently a fugitive; and

WHEREAS, the Government has moved pursuant to Federal Rule of Criminal Procedure 46(f) for an order: (1) declaring forfeited the $250,000 personal recognizance bond executed by Ceglia; (2) entering a default judgment in the amount of $250,000 in favor of the United States of America against Ceglia; (3) entering a judgment in the amount of $250,000 in favor of the United States of America and against Carmine

Ceglia, Veronica Ceglia, and Brendan Ceglia (the "Co-Signors) jointly and severally; and (4) declaring forfeited the Properties securing Ceglia's bond;

IT IS HEREBY ORDERED THAT each of the Co-Signors shall appear for a hearing on March 24, 2015 at 10:00am in Courtroom 518 of the Thurgood Marshall United States District Court for Southern District of New York, 40 Foley Square, New York, New York to show cause why forfeiture should not be granted and default judgment entered against them.

IT IS FURTHER ORDERED THAT the Government shall serve a copy of this Order on the Clerk of the Court, who is the authorized agent for service under Federal Rule of Criminal Procedure 46(f)(3)(B). The Clerk of the Court is, in turn, respectfully directed to serve a copy of this Order and the Government's motion and supporting submissions on each of the Co-Signors and Rosina Reynoso at his or her last known address, as required under Rule of 46(f)(3)(C).

SO ORDERED.

Dated: March 10, 2015
New York, New York

VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE