UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                               :
UNITED STATES OF AMERICA,         :
                                               :
                                               :        12-CR-876 (VSB)
           - against -                    :
                                               :           ORDER
PAUL CEGLIA,                              :
                                             :
                       Defendant.  :
                                             :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/2015

VERNON S. BRODERICK, United States District Judge:

       Subpoenas *duces tecum* were previously issued to Facebook, Inc. ("Facebook") and Mark Elliot Zuckerberg pursuant to Federal Rule of Criminal Procedure 17(c) with a return date of Monday, March 16, 2015 at 12:00 pm.  (*See* Docs. 137, 138.)  On March 8, 2015, the Court proposed an Amended Protective Order on Consent that would govern, *inter alia*, Facebook and Mr. Zuckerberg's production of documents pursuant to Rule 17(c).  No interested party has expressed any objection to the Amended Protective Order.  Counsel for Mr. Ceglia and counsel for Facebook and Mr. Zuckerberg shall sign the Amended Protective Order and return it to the Court to be entered as soon as possible.

       Facebook and Mr. Zuckerberg shall assemble and prepare all production responsive to the subpoenas, with any appropriate designations under the Amended Protective Order, by the return date.  However, in light of Mr. Ceglia's nonappearance at today's conference and apparent flight, any production will be held in abeyance until further order of the Court.  Facebook and Mr. Zuckerberg need not produce any responsive documents by the return date, but they should be prepared to produce all responsive documents immediately upon order of the Court at any

time after the return date.

The deadline for the Government and Mr. Ceglia to advise the Court via letter on ECF whether they intend to call Paul Argentieri as a witness, (*see* Doc. 143), is extended until Monday, March 16, 2015.

The deadline for Mr. Ceglia and the Wall AUSA to submit document-specific objections to my rulings regarding the Government's motion for disclosure of documents withheld under a claim of attorney-client privilege is extended until Thursday, March 19, 2015. Letters stating the parties' objections, if any, should be emailed to Chambers without copying the prosecution team and should not be filed on ECF.

By Friday, March 20, 2015, the parties shall file a joint letter providing an update regarding the status of the case and their proposed amendments, if any, to the current schedule for pretrial submissions and trial. If the parties are unable to agree, they should set forth their respective positions in the letter.

SO ORDERED.

Dated: March 10, 2015
New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge