**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 20, 2015

**BY E-MAIL**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 3/20/2015

> Re:    **United States v. Paul Ceglia,**
>        **12 Cr. 876 (VSB)**

Dear Judge Broderick:

        Pursuant to the Court's Order of March 10, 2015 (Docket No. 152), the Government respectfully submits this letter to provide an update regarding the status of the above-captioned defendant. As of the writing of this letter, the defendant remains a fugitive.

        As requested by the Court, the parties have conferred on how to proceed, and our views differ slightly. It is the Government's view that if the defendant has not been apprehended by the time of the conference before the Court scheduled for Tuesday, March 24, 2015 at 10 am, the trial date and all trial-related motion and disclosure deadlines should be adjourned *sine die*. The defense requests that they be allowed until Tuesday, March 24, 2015 at 10 am to advise the Court of their position on the Government's proposal. The Government has no objection to their request for more time to consider our proposal.

                                        Respectfully submitted,

                                        PREET BHARARA
                                        United States Attorney

                        By:    ____/s/ Janis Echenberg _____
                                        Janis M. Echenberg / Alexander J. Wilson
                                        Assistant United States Attorneys
                                        (212) 637-2597 / 2453

cc:  Robert Ross Fogg, Esq.
       Gil Messina, Esq.