```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3·24·15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :     **BAIL FORFEITURE ORDER**
      -v.-                        :     **12 Cr. 876 (VSB)**
                                  :
PAUL CEGLIA,                      :
                                  :
           Defendant.             :
                                  :
- - - - - - - - - - - - - - - - - x

WHEREAS, Defendant Paul Ceglia ("Ceglia") was arrested on October 26, 2012;

WHEREAS, Ceglia was subsequently released on bail conditions including electronic monitoring and a $250,000 appearance bond (the "Appearance Bond"), which is currently co-signed by Carmine Ceglia, Veronica Ceglia, a/k/a Vera Ceglia, and Brendan Ceglia (the "Co-Signers") and secured by the following real property:

  (i) 2395 Merservey Hill Road, Wellsville, New York (Property Tax Id 251.-1-17) in Allegany County, New York, which is owned by Greenspring Properties, LLC;

  (ii) 44 ½ S. Brooklyn Avenue, Wellsville, New York (Property Tax Id 238.16-2-7) in Allegany County, New York, which is owned by Veronica

    Ceglia;

(iii) 20 Clark Street, Wellsville, New York (Property Tax Id 238.16-3-21) in Allegany County, New York, which is owned by Veronica Ceglia;

(iv) 50 S Brooklyn Avenue, Wellsville, New York (Property Tax Id 238.16-2-9) in Allegany County, New York, which is owned by Veronica Ceglia;

(v) 146 Scott Avenue, Wellsville, New York in Allegany County, New York (Property Tax Id 239.5-2-22.2), which is owned by Veronica Ceglia; and

(vi) 11 E Washington, Hornell, New York (Property Tax Id 151.56-02-003.000) in Steuben County, New York, which is owned by Veronica Ceglia

(collectively, the "Properties"),;

WHEREAS, Defendant and the Co-Signers affirmed when they executed the Appearance Bond that they had "read this appearance bond and [had] either read all the conditions of release set by the court or had them explained," and one of the conditions of release was that Defendant would appear as directed by the Court;

WHEREAS, the Appearance Bond provided notice that

Defendant's failure to appear as directed could result in forfeiture of the $250,000 Appearance Bond, including any property posted as security, and that, in the event of forfeiture, the Co-Signers would each be jointly and severally liable for the full amount of the Appearance Bond;

WHEREAS, on or about March 6, 2015, Ceglia cut off his electronic monitoring bracelet and left his home in violation of the conditions of his bail, and is presently a fugitive; and

WHEREAS, the Government moved on March 10, 2015, pursuant to Federal Rule of Criminal Procedure 46(f) for an order: (1) declaring forfeited the Appearance Bond; (2) entering a default judgment in the amount of $250,000 in favor of the United States of America against Ceglia; (3) entering a judgment in the amount of $250,000 in favor of the United States of America and against the Co-Signors jointly and severally; and (4) declaring forfeited the Properties;

WHEREAS, on March 10, 2015, the Court ordered each of the Co-Signors to appear for a hearing on March 24, 2015 to show cause why forfeiture should not be granted and default judgment entered against them;

WHEREAS, on March 24, 2015, the Co-Signers appeared before the Court, but did not dispute any of the foregoing;

WHERAS, the Government has requested that the Court forego

ordering the Properties forfeited while the Government conducts further analysis on their value if forfeited;

IT IS ORDERED, ADJUDGED, AND DECREED that, pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure:

    (a)  The $250,000 Appearance Bond is FORFEITED;

    (b)  Judgment in the amount of $250,000 is ENTERED in favor of the United States and against Ceglia; and

    (c)  Judgment in the amount of $250,000 is ENTERED in favor of the United States and against Carmine Ceglia, Vera Ceglia, a/k/a Veronica Ceglia, and Brendan Ceglia, jointly and severally.

The Clerk of the Court is respectfully directed to serve a copy of this Bail Forfeiture Order on each of the Co-Signers at his or her last known address. *See* Fed. R. Crim. P. 46(f)(3).

Dated:    New York, New York
           March 24, 2015

                              THE HONORABLE VERNON S. BRODERICK
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF NEW YORK