```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :
              - against -                                   :     12-CR-876 (VSB)
                                                            :
PAUL CEGLIA,                                                :     ORDER
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2015

VERNON S. BRODERICK, United States District Judge:

In light of Mr. Ceglia's flight, and with the consent of the Government and Mr. Ceglia's counsel, the trial scheduled to begin on May 4, 2015, and all associated pretrial deadlines, (*see* Doc. 128), are hereby adjourned *sine die*.

Speedy trial time had previously been excluded in the interest of justice until May 4, 2015.  I must continue to exclude speedy trial time while Mr. Ceglia's "whereabouts are unknown and, in addition, he is attempting to avoid apprehension or prosecution or his whereabouts cannot be determined by due diligence."  18 U.S.C. § 3161(h)(3)(B).  Every four months, beginning on May 1, 2015, the Government shall file a letter advising the Court whether Mr. Ceglia's whereabouts remain unknown and very generally describing the nature of its efforts to locate Mr. Ceglia.  The Government need not discuss its search efforts in any detail.

I will also take this opportunity to clarify the status of certain filings on the docket.

Mr. Ceglia's first motion to dismiss, (Doc. 35), was denied on the record by Judge Carter at a status conference on March 7, 2014.  (*See* Doc. 42, at 29:19-30:6.)

Mr. Ceglia's first motion for a bill of particulars, (Doc. 46), was granted in part and denied in part on the record by Judge Carter at a status conference on July 22, 2014.  (*See* Doc.

63, at 2:17-11:20.)

Mr. Ceglia's letter motion of November 12, 2014, to file certain materials under seal, (Doc. 97), was granted by Judge Carter.

I denied Mr. Ceglia's motion to dismiss the indictment on the basis of duplicity, (Doc. 110), on the record at a status conference on January 30, 2015.  (*See* Doc. 135, at 11:8-12:6).

I granted Mr. Ceglia's motion for the issuance of subpoenas *duces tecum* to Mark Elliot Zuckerberg and Facebook, Inc. (Doc. 112 (original); Doc. 114 (corrected filing)), as modified by Mr. Ceglia's subsequent narrowed request, (Doc. 125), and with additional revisions I ordered to the text of those subpoenas, (*see* Doc. 146, at 23:19-24:4).  (*See* Docs. 137, 138.)

I resolved Mr. Ceglia's omnibus motion of December 13, 2014, (Doc. 113), on the record at the January 30 status conference.  (*See* Doc. 135, at 12:13-33:23, 44:14-50:8.)

I granted the Government's letter motion to authorize testing by the U.S. Secret Service Forensic Laboratory on the purported contract between Mr. Ceglia and Mr. Zuckerberg, (Doc. 132), at a telephonic conference on February 17, 2015.  (*See* Doc. 146, at 31:21-33:7.)

The Clerk of Court is respectfully directed to terminate the pending motions at Docs. 35, 46, 97, 110, 112, 113, 114, and 132.

SO ORDERED.

Dated: March 27, 2015
New York, New York

Vernon S. Broderick
United States District Judge