```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                        :
UNITED STATES OF AMERICA,            :
                                                        :
              - against -                    :          12-CR-876 (VSB)
                                                        :
PAUL CEGLIA,                               :              ORDER
                                                        :
                     Defendant.  :
                                                        :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       I am in receipt of a letter from counsel for Facebook, Inc. and Mark Elliot Zuckerberg, dated April 2, 2015, requesting modifications to my Order of March 30, 2015, (Doc. 165). In that Order, I ordered Facebook and Mr. Zuckerberg to promptly produce to defense counsel Robert Ross Fogg all production responsive to the previously issued Rule 17(c) subpoenas *duces tecum*, (Docs. 137, 138). Facebook and Mr. Zuckerberg now request that all production be held in abeyance until Mr. Ceglia returns to the jurisdiction. I previously considered this issue when it was raised by the Government, (*see* Doc. 162), and the request is DENIED. All responsive production shall be turned over to Mr. Fogg by Monday, April 6, 2015.

       SO ORDERED.

Dated: April 3, 2015
       New York, New York

                                                     _____
                                                     Vernon S. Broderick
                                                     United States District Judge