USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __5/8/2015__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

PAUL CEGLIA,

               Defendant.

**ORDER**

12-CR-876 (VSB)

VERNON S. BRODERICK, United States District Judge:

Defendant Ceglia has been a fugitive since on or about March 10, 2014. Pursuant to Title 18, United States Code, Section 3161(h)(3)(A) the time within which a trial must commence is automatically excluded.

In addition, I also find that the time between today (May 8, 2015) and August 8, 2015 should be excluded under the Speedy Trial Act. I find that the ends of justice served by excluding the time outweigh the best interest of the public and the defendant in a speedy trial.

SO ORDERED.

Dated:    May 8, 2015
            New York, New York

                                            Vernon S. Broderick
                                            United States District Judge