**MANDATE**

# United States Court of Appeals

FOR THE
SECONDCIRCUIT

_____

S.D.N.Y.-N.Y.C.
12-cr-876
Broderick, J.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of April, two thousand fifteen.

Present:  GUIDO CALABRESI,
 JOSÉ A. CABRANES,
 REENA RAGGI,
  *Circuit Judges.*

_____

United States of America,

 *Appellee*,

 v.  15-628-cr

Paul D. Ceglia, AKA Sealed Defendant 1,

 *Defendant-Appellant.*

_____

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: May 11, 2015 |

The Government moves to dismiss this appeal either under the fugitive disentitlement doctrine or for lack of appellate jurisdiction. Upon due consideration, it is hereby ORDERED that the motion is GRANTED and the appeal is DISMISSED because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291, and the district court's order is not encompassed by the collateral order doctrine.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 05/11/2015