USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -v-

PAUL CEGLIA,

              Defendant.

**ORDER**

12-CR-876 (VSB)

VERNON S. BRODERICK, United States District Judge:

    I am in receipt of the Government's status update letter of September 1, 2015. Pursuant to 18 U.S.C. § 3161(h)(3), the time within which a trial must commence is automatically excluded while the Defendant's "whereabouts are unknown and, in addition, he is attempting to avoid apprehension or prosecution or his whereabouts cannot be determined by due diligence." I have requested periodic status updates from the Government to keep informed concerning whether Defendant's whereabouts remain unknown and cannot be determined by due diligence.

    In addition, in an abundance of caution, I also find that the time between September 2, 2015 and January 4, 2016 should be excluded under the Speedy Trial Act. This exclusion is necessary since Defendant's absence continues to prevent defense counsel from consulting with his client and from preparing this case for trial. I find that the ends of justice served by excluding the time outweigh the best interest of the public and the Defendant in a speedy trial.

SO ORDERED.

Dated:    September 2, 2015
           New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge