*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 1, 2015

**BY E-MAIL**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re: **United States v. Paul Ceglia,**
          **12 Cr. 876 (VSB)**

Dear Judge Broderick:

    The Government writes pursuant to the Court's March 27, 2015 Order requiring that we advise the Court every four months, beginning May 1, 2015, regarding the Government's efforts to locate Paul Ceglia, the above-captioned defendant ("Ceglia").  As was the case on May 1, 2015, Ceglia remains a fugitive – his location, as well as that of his wife and two minor children, remain unknown.  The Government, in particular the United States Marshals Service, continues to diligently investigate Ceglia's whereabouts as well as those who may be assisting him in flight, using a variety of law enforcement tools and following up on leads from those responding to requests for information.  In addition, on September 30, 2015, one of the sureties on Ceglia's bond will begin paying 10% of his gross monthly income towards satisfying the bond, pursuant to a payment plan.  The Government continues its efforts to forfeit assets and collect funds from the two remaining sureties.  The Government will update the Court again in four months, unless there are significant developments warranting an earlier notification.

    The Government also notes that, in an Order dated May 8, 2015, the Court ordered that time was automatically excluded given the defendant's fugitive status but also excluded time

Honorable Vernon S. Broderick
September 1, 2015
Page 2

between May 8, 2015 and August 8, 2015 under the Speedy Trial Act, in the interests of justice. The Government respectfully request that the Court clarify on the record that time continues to be excluded while the defendant is a fugitive.

                                  Respectfully submitted,

                                  PREET BHARARA
                                United States Attorney

By:      */s/ Janis Echenberg*
          Janis M. Echenberg / Alexander J. Wilson
          Assistant United States Attorneys
          (212) 637-2597 / 2453

cc: Robert Ross Fogg, Esq.
     Gil Messina, Esq.