

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*


December 29, 2015

**BY E-MAIL**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

   Re: **United States v. Paul Ceglia,**
      **12 Cr. 876 (VSB)**

Dear Judge Broderick:

   The Government writes pursuant to the Court's March 27, 2015 Order requiring that we advise the Court every four months, beginning May 1, 2015, regarding the Government's efforts to locate Paul Ceglia, the above-captioned defendant ("Ceglia"). As was the case on September 1, 2015, Ceglia remains a fugitive – his location, as well as that of his wife and two minor children, remain unknown. The Government, in particular the United States Marshals Service, continues to diligently investigate Ceglia's whereabouts as well as those who may be assisting him in flight, using a variety of law enforcement tools and following up on leads from those responding to requests for information. The Government will update the Court again in four months, unless there are significant developments warranting an earlier notification.

        Respectfully submitted,

        PREET BHARARA
        United States Attorney

    By:  _____*/s/ Alexander Wilson* _____
        Janis M. Echenberg / Alexander J. Wilson
        Assistant United States Attorneys
        (212) 637-2597 / 2453

cc: Robert Ross Fogg, Esq.
   Gil Messina, Esq.