

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 24, 2018

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    **United States v. Paul Ceglia,**
            **12 Cr. 876 (VSB)**

Dear Judge Broderick:

    The Government writes to advise the Court regarding the Government's efforts to locate Paul Ceglia, the above-captioned defendant ("Ceglia"). As was the case when the Government last updated the Court on October 24, 2017, Ceglia remains a fugitive. The Government, in particular the United States Marshals Service, continues to diligently investigate Ceglia's whereabouts as well as those who may be assisting him in flight, using a variety of law enforcement tools.

    The Government will update the Court again regarding the efforts to locate Ceglia in four months, by June 24, 2018, unless there are significant developments warranting an earlier notification.

                              Respectfully submitted,

                              GEOFFREY S. BERMAN
                              United States Attorney

                By:    */s Alexander Wilson*
                            Janis M. Echenberg / Alexander Wilson
                            Assistant United States Attorneys
                            (212) 637-2597 / 2453

cc (by ECF): Counsel for Ceglia