GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
By: KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.:         (212) 637-2717
kathleen.zebrowski@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | APPLICATION FOR WRIT OF GARNISHMENT |
| Plaintiff and Judgment-Creditor, | : | 12 CR 876 (VSB) |
| -v.- | : | |
| BRENDAN CEGLIA, | : | |
| Surety and Judgment-Debtor, | : | |
| and | : | |
| ALSTOM TRANSPORT, | : | |
| Garnishee. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The United States of America, by and through its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, in accordance with 28 U.S.C. § 3205(b)(1), makes application for a Writ of Garnishment upon the judgment entered against defendant Brendan Ceglia (the "debtor"), social security number xxx-xx-xxxx, whose last known address is 43 E Vanscotter Street, Hornell, NY 14843. The judgment arises out of a bail forfeiture judgment in the amount of $250,000.00, plus post-judgment interest calculated at the rate of .25 percent per annum. The balance due on the debt as of June 22, 2018, is $251,924.53.

Demand for payment of the debt was made upon the debtor not less than 30 days from the date of this application, and the debtor has not paid the amount due.

Alstom Transport (the "Garnishee") is believed to owe or will owe money or property to the debtor, or is in possession of property of the debtor, and the property is a nonexempt interest of the debtor.

The name and address of the Garnishee or its authorized agent is: Alstom Transport, 1 Hornell Drive, Horne, NY 14843.

The attached Writ of Garnishment satisfies the requirements of 28 U.S.C. § 3205.

Dated: New York, New York
       June 25, 2018

By: *[signature]*

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
Attorney for the United States
  of America

KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.:         (212) 637-2717