

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

June 25, 2018

BY HAND
Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

   Re: United States of America v. Brendan Ceglia
      Court No.: 12 CR 876 (VSB)

Dear Judge Broderick:

  On March 24, 2015, the above-referenced surety/debtor was ordered to pay a bail forfeiture judgement in the amount of $250,000.00. The debtor has not made any payments toward this debt and he has not responded to the Government's request that he begin making voluntary monthly payments. The Government has therefore filed an application for a writ of garnishment of the defendant's wages pursuant to the Federal Debt Collection Procedures Act ("FDCPA") of 1990. 28 U.S.C. § 3205. Courtesy copies of the application and the Clerk's Notice of Post Judgment Garnishment are enclosed.

  The FDCPA's procedure for obtaining a writ of garnishment is as follows: The Government must submit an application for a writ of garnishment. 28 U.S.C. § 3205(b). If the Court determines that the requirements of the FDCPA are satisfied, the Court shall issue a writ of garnishment. 28 U.S.C. § 3205(c)(1). The Government shall then serve the garnishee and the defendant with a copy of the writ. 28 U.S.C. § 3205(c)(3). The garnishee must file an answer and, within 20 days of receipt of the answer, the defendant or the Government may file a written objection to the answer and request a hearing. 28 U.S.C. § 3205(c)(5). If no hearing is requested, the Court shall enter an order directing the garnishee as to the disposition of the defendant's nonexempt interest in the property. 28 U.S.C. § 3205(c)(7).

Honorable Vernon S. Broderick                                                                  - 2 -

        The Government therefore respectfully requests that the Court grant the Government's application and issue a writ of garnishment pursuant to 28 U.S.C. § 3205(c)(1).

        Respectfully,

        GEOFFREY S. BERMAN
        United States Attorney

By: _____
      KATHLEEN A. ZEBROWSKI
      Assistant United States Attorney
      Telephone No.: (212) 637-2710
      Fax No.:       (212) 637-2717

enc.