

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 23, 2018

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

  Re: **United States v. Paul Ceglia,**
     **12 Cr. 876 (VSB)**

Dear Judge Broderick:

  The Government writes to inform the Court that Paul Ceglia, the defendant in the above-captioned matter ("Ceglia"), was arrested this morning in Ecuador in connection with the Government's ongoing efforts to locate and extradite him to face charges in his pending criminal case. The Government understands that Ceglia will be presented in court in Quito within twenty-four hours. The Government will update the Court as it learns additional information regarding Ceglia's extradition proceedings.

          Respectfully submitted,

          GEOFFREY S. BERMAN
          United States Attorney

     By: */s Janis Echenberg*
       Janis M. Echenberg / Alexander Wilson /
       Sheb Swett
       Assistant United States Attorneys
       (212) 637-2597 / 2453 / 6522

cc (by ECF): Counsel for Ceglia