


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 24, 2018

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    **United States v. Paul Ceglia,**
           **12 Cr. 876 (VSB)**

Dear Judge Broderick:

    The Government writes to inform the Court regarding the status of the Government's efforts to extradite Paul Ceglia from Ecuador to face charges in the above-captioned case. The Government understands that Ecuadorian extradition proceedings are ongoing, and that no final ruling has been made. The Government will advise the Court of any final extradition ruling, or provide an interim update in four months, by February 25, 2018, if no final ruling has been issued by that time.

                            Respectfully submitted,

                            GEOFFREY S. BERMAN
                            United States Attorney

          By:    */s Alexander Wilson*
                Janis M. Echenberg / Alexander Wilson / Sheb Swett
                Assistant United States Attorneys
                (212) 637-2597 / 2453 / 6522

cc (by ECF): Counsel for Ceglia