**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 24, 2019

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

**Re: United States v. Paul Ceglia,**
**12 Cr. 876 (VSB)**

Dear Judge Broderick:

The Government writes to update the Court regarding the status of the Government's efforts to extradite Paul Ceglia from Ecuador to face charges in the above-captioned case. As the Government had previously reported to the Court, on or about February 13, 2019, Ecuador's National Court of Justice ("NCJ") denied Ceglia's appeal of the extradition order issued on November 15, 2018, and final decision for extradition passed to the President of Ecuador, who had the ultimate authority to order extradition or to overrule the NCJ.

On or about Friday, June 7, 2019, the Government learned, initially through media reports, that President Lenín Moreno Garcés of Ecuador had denied Ceglia's extradition despite the NCJ's approval of the request. The Government has since spoke to representatives from the U.S. Department of State, including at the U.S. Embassy in Quito, Ecuador, who have confirmed that Ceglia's extradition was denied, and that Ceglia has been released from detention in Ecuador, where he had been held since his arrest in August 2018. A copy of President Moreno's order denying extradition (which the Government obtained through media reports)[1], and a translation of the same, are attached for the Court's review.

[1] The State Department advised the Government that although it did not receive a copy of this order directly from the government of Ecuador, other correspondence obtained through diplomatic channels referenced this order and the reasons for denial contained therein.

The Government continues to consider Ceglia a fugitive and to seek his return to the United States to face charges in the above-captioned case.

          Respectfully submitted,

          GEOFFREY S. BERMAN
          United States Attorney

By:    <u>/s/ Janis Echenberg</u>
       Janis M. Echenberg/
       Alexander Wilson / Sheb Swett
       Assistant United States Attorneys
       (212) 637-2597 / 2453 / 6522

cc (by ECF): Counsel for Ceglia