

PRESIDENCIA DE LA REPÚBLICA

Oficio No. T.454-SGJ-19-0398

Quito, 4 de junio de 2019

Señora Doctora
María Paula Romo
**MINISTRA DEL INTERIOR**
En su despacho

De mi consideración:

En relación al trámite de Extradición Pasiva del ciudadano estadounidense irlandés **PAUL DEAN CEGLIA** reclamado por los Estados Unidos de América, manifiesto lo que sigue:

1. Con oficio nro. 441-AJ-PCNJ-EX/15-2018-JG recibido el 27 de marzo de 2019, la Secretaría de la Corte Nacional de Justicia remitió a esta Presidencia de la República las sentencias de 15 de noviembre de 2018 dictada por la Presidencia de ese alto órgano jurisdiccional concediendo la extradición, y aquella dictada el 13 de febrero de 2019 por la Sala de lo Penal, Penal Militar, Penal Policial y Tránsito que, al resolver el recurso de apelación, ratificó el fallo venido en grado.

2. El señor **PAUL DEAN CEGLIA** se encuentra privado de la libertad desde el 23 de agosto de 2018, y cuando fue consultado sobre el proceso de Extradición, manifestó su oposición.

3. El artículo 1 de la Ley de Extradición establece que ésta se concederá preferentemente atendiendo al principio de reciprocidad. Como es de público conocimiento, la República del Ecuador ha solicitado la extradición activa de algunos ciudadanos que han cometido diversos delitos penales, sin que hayan sido efectivamente entregados al Ecuador para su juzgamiento, e inclusive otros tantos mantienen sentencias condenatorias que se han ejecutoriado.

4. Los artículos 14 y 17 de la Ley de Extradición establecen que las resoluciones de la Corte Nacional de Justicia que la concedan no tienen carácter vinculante para el Jefe de Estado, quien directamente o por delegación a través del Ministerio del Interior, podrá denegarla en el ejercicio de la soberanía nacional, atendiendo al principio de reciprocidad o a razones de seguridad, orden público u otros intereses esenciales para el país. De esta forma se ha subordinado tales decisiones a este principio de derecho internacional público.

PRESIDENCIA DE LA REPÚBLICA

5. Que el señor **PAUL DEAN CEGLIA** es padre de un niño nacido en el territorio de la República, y por tanto ciudadano con nacionalidad ecuatoriana, quien tiene la edad de un año y dos meses. El requerido fue demandado en el juicio de alimentos nro. 17986-2018-01083, en el que se ordenó como medida cautelar en su contra, la prohibición de ausentarse del territorio nacional, misma que se mantiene vigente pues no ha sido revocada por la autoridad competente. Estos hechos están revestidos por su relevancia humanitaria, puesto que es obligación del Estado cumplir y hacer respetar los derechos de niñas, niños y adolescentes, en atención al principio de su interés superior.

En virtud de las normas citadas y de los antecedentes expuestos, en ejercicio de la soberanía nacional, atendiendo al principio de reciprocidad en las relaciones de derecho público internacional, y por interés humanitario que atañe a este caso, en cumplimiento de lo dispuesto en los artículos 14 y 17 de la Ley de Extradición, confiero a **usted señora Ministra, DELEGACIÓN PARA DENEGAR** la extradición pasiva del ciudadano estadounidense irlandés **PAUL DEAN CEGLIA**.

Sírvase notificar la presente decisión a las partes involucradas, así como disponer las demás medidas de carácter administrativo para el estricto cumplimiento de esta decisión.

Atentamente,

Lenín Moreno Garcés
PRESIDENTE CONSTITUCIONAL DE LA REPÚBLICA

C.c.: Dra. Paulina Aguirre Suárez, PRESIDENTA DE LA CORTE NACIONAL DE JUSTICIA.

MINISTERIO DEL INTERIOR
DIRECCIÓN DE SECRETARIA GENERAL
RECIBIDO: _____
FECHA: 05 JUN 2019
HORA: 16:35