[ECUADOR'S OFFICIAL SEAL]

THE OFFICE OF THE PRESIDENT OF THE REPUBLIC

Official Letter No. T.454-SGJ-19-0398

Quito, June 4, 2019

Maria Paula Romo, Esq.
Minister of the Interior
Home Office

Respectfully:

Regarding the Passive Extradition proceeding of PAUL DEAN CEGLIA, a United States citizen, requested by the United States of America, I herein state:

1. In an Official Letter No. 441-AJ-PCNJ-EX/15-2018-JG, received on March 27, 2019, the Secretariat of the National Justice Court submitted to the Office of the President of the Republic the November 15, 2018 judgment issued by the Office of the President of that high jurisdictional body, wherein extradition is granted, as well as the February 13, 2019 judgment of the Criminal, Military Crimes, Political Crimes and Transit Court, who, having heard the appeal application, upheld the decision at issue.

2. Mr. PAUL DEAN CEGLIA has been incarcerated since August 23, 2018. When consulted about the Extradition proceeding, Mr. Ceglia opposed it.

3. The Extradition Act, Article 1 provides that extradition shall be granted in virtue of the preferential principle of reciprocity. It is common knowledge that the Republic of Ecuador has requested active extradition of several citizens that have committed various criminal offenses, who have not been produced to Ecuador for prosecution; in fact, others are serving criminal sentences that have been enforced.

4. The Extradition Act, Articles 14 and 17 provide that the National Justice Court's orders granting extradition are not binding on the Chief of State, who either directly or through the Minister of the Interior, may deny extradition, exercising its national sovereignty, in accordance with the principle of reciprocity, or for reasons of security, public order or other interests that are critical to the country. In this manner, such decisions have been subordinated to this principle of public international law.

[ECUADOR'S OFFICIAL SEAL]

THE OFFICE OF THE PRESIDENT OF THE REPUBLIC

5. Mr. PAUL DEAN CEGLIA is the father of a male child born within the Republic's territory, hence a national with Ecuadorean citizenship, who is fourteen months of age. The requested party is subject to court-ordered child support (Docket 17986-2018-01083). As a protective measure against him, such order prohibits him from traveling out of the country. This order remains in effect as it has not been revoked by the competent authority. These are humanitarian issues, since the State is required to honor and enforce the rights of girls, boys and adolescents, according to the principle of their best interest.

In virtue of the aforementioned rules and background, exercising its national sovereignty, in accordance with the principle of reciprocity in public international law relations, and due to the humanitarian concerns relating to this matter, pursuant to Extradition Act, Articles 14 and 17, I grant you, Madam Minister, DUE POWERS TO DENY the passive extradition of United States citizen PAUL DEAN CEGLIA.

Please notify the parties of this decision and take whatever administrative measures may be necessary to enforce strict compliance with this decision.

Very truly yours,

[Illegible Signature]
Lenin Moreno Garces
CONSTITUTIONAL PRESIDENT OF THE REPUBLIC

CC: Paulina Aguirre Suarez, Esq.
    PRESIDENT OF THE NATIONAL JUSTICE COURT

MINISTRY OF THE INTERIOR
STATE DEPARTMENT
RECEIVED BY:   [Illegible Signature]
DATE:   JUNE 5, 2019
TIME:   16:35