

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 24, 2019

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    **United States v. Paul Ceglia**,
            **12 Cr. 876 (VSB)**

Dear Judge Broderick:

    The Government writes to update the Court regarding the status of the Government's efforts to continue the prosecution of Paul Ceglia in the above-captioned case. As the Government previously reported in June 2019, Ecuador's President denied Ceglia's extradition despite the National Court's approval of the request. Ceglia was subsequently released from detention in Ecuador, where he had been held since August 2018.

    The Government continues to consider Ceglia a fugitive, to monitor his whereabouts, and to seek his return to the United States to face charges in the above-captioned case.

                                 Respectfully submitted,

                                 GEOFFREY S. BERMAN
                               United States Attorney

           By:    /s/ Janis Echenberg
                   Janis M. Echenberg/
                   Alexander Wilson / Sheb Swett
                   Assistant United States Attorneys
                   (212) 637-2597 / 2453 / 6522

cc (by ECF): Counsel for Ceglia