```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
UNITED STATES OF AMERICA,                                  :
                                                           :
                              Plaintiff,                   :
                                                           :        12-cr-876 (VSB)
                   -against-                               :
                                                           :             ORDER
PAUL CEGLIA,                                               :
                                                           :
                              Defendant.                   :
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On October 20, 2023, Defendant filed a motion to dismiss. (Doc. 211.) The deadline for the Government to respond to Defendant's motion was November 3, 2023. (*See* Doc. 6.) Accordingly, it hereby ordered that the Government shall respond to Defendant's motion by December 15, 2023.

SO ORDERED.

Dated:   November 15, 2023
         New York, New York

*[Signature: Vernon Broderick]*
VERNON S. BRODERICK
United States District Judge